

1  **STEVEN AMES BROWN**
   Entertainment Law 83363
2  69 Grand View Avenue
   San Francisco, California 94114-2741
3  415/647-7700 Tele
   415/285-3048 Fax
4
   **THERESE Y. CANNATA** SBN 88032
5  Cannata, Ching & O'Toole, LLP
   100 Pine Street
6  San Francisco, California 94111    E-filing
   415/409-8900 Tele
7  415409-8904 Fax

8  Attorneys for plaintiff

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

                  CV 08        2348
13

14 STEVEN AMES BROWN,
                                CIVIL NO.
15         Plaintiff,                              VRW
                                COMPLAINT
16     v.

17 ANDREW B. STROUD, an individual and
   STROUD PRODUCTIONS AND
18 ENTERPRISES, INC.

19         Defendants.
   _____/
20

21 Plaintiff alleges as follows:

22     1.  Jurisdiction.  The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §

23 1332.  This action also arises under the Federal Declaratory Judgment Act 28 U.S.C. §§

24 2201, 2202.  Venue is proper pursuant to 28 U.S.C. § 1391(A)(2)&(3).  Plaintiff is a citizen

25 of California and defendants are citizens of New York.  The property in controversy

26 exceeds $75,000.00 in value, exclusive of interest and costs.

1    2. Intradistrict Assignment. This action arose in San Francisco County.

2    3. At all times herein mentioned plaintiff was an attorney licensed to practice law in

3    California and was counsel to Eunice K. Stroud who was professionally known as Nina

4    Simone ("Dr. Simone"). Plaintiff represented Dr. Simone in two actions before this Court,

5    *Nina Simone v. San Juan Music Group, et al.* 94-CV-1288-TEH and *Nina Simone v.*

6    *Marshall Sehorn, et a.,* 95-Cv-3590-CAL (the "Prior Actions"). The Prior Actions resulted

7    in five separate final judgments and permanent injunctions against the various defendants

8    pertaining to the same approximately 104 sound recordings authored by Nina Simone

9    (collectively the "Masters"). Pursuant to the written conveyances executed by the various

10    defendants to Dr. Simone and the five final judgments and permanent injunctions in the

11    Prior Actions, Dr. Simone acquired all rights to the Masters that she did not already own.

12    4. By virtue of a written contract made on or about July 30, 1990 between Dr.

13    Simone and Plaintiff, Plaintiff obtained a 40% ownership interest in all the Master

14    Recordings that were the subject of the Prior Actions.

15    5. The various defendants in the Prior Actions claimed interests in 52 of the

16    Masters based on chains of title that purportedly began with Andrew B. Stroud and/or

17    Stroud Productions, Inc. (collectively "Stroud.")

18    6. No later than approximately 2000 Stroud had actual notice of the permanent

19    injunctions entered in the Prior Actions and their application to Stroud as persons acting in

20    concert and/or participation with said prior defendants.

21    7. Notwithstanding Stroud's actual notice of the final judgments and permanent

22    injunctions entered in the Prior Actions, Stroud contends that they are the exclusive

23    owners of one or more the Masters (collectively the "Disputed Masters") and that Plaintiff

24    owns no interest in the Disputed Masters.

25    8. The parties require a judicial declaration so they know their rights and

26    responsibilities in relation to the Disputed Masters and with respect to the final judgments

1    and permanent injunctions issued in the Prior Actions.

2         WHEREFORE, plaintiff prays judgment as follows:

3         1. For declaratory judgment that Stroud has no right, title, nor interest in any of the

4    Disputed Masters and that they are bound by the final judgments and permanent

5    injunctions entered in the Prior Actions;

6         2. For costs of suit.

7         3. For such other relief as the Court may deem just.

8    Dated: May 7, 2008

9                                                      Respectfully submitted,

10

11

12                                                    STEVEN AMES BROWN,
                                                       Plaintiff in *pro se*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

**VRW**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

STEVEN AMES BROWN

E-filing

## DEFENDANTS

ANDREW B. STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC.

**(b)** County of Residence of First Listed Plaintiff  San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

STEVEN AMES BROWN, 69 Grand View Avenue, San Francisco, California 94114-2741 415/647-7700; Therese Y. Cannata of Cannata, Ching & O'Toole, LLP 100 Pine Street, San Francisco, CA 94111 415/409-8900

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | **LABOR** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | [ ] 710 Fair Labor Standards | | Exchange |
| [X] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | Act | **SOCIAL SECURITY** | [ ] 875 Customer Challenge |
| [X] 190 Other Contract | Product Liability | [ ] 385 Property Damage | [ ] 720 Labor/Mgmt. Relations | [ ] 861 HIA (1395ff) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 730 Labor/Mgmt.Reporting | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [X] 196 Franchise | | | & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| | | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 791 Empl. Ret. Inc. | | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | Security Act | | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | Act |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff | [ ] 900 Appeal of Fee |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | or Defendant) | Determination |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | 26 USC 7609 | to Justice |
| | [ ] 446 Amer. w/Disabilities – | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | [ ] 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §§ 1332, 2201 & 2202 diversity & declaratory relief

Brief description of cause:
Declaration of rights concerning pre-1972 sound recordings

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". Simone v. Sehorn, et al. 94 CV-1288-TEH (same property & transactions)

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE
5/7/08

SIGNATURE OF ATTORNEY OF RECORD