AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

Steven Ames Brown     CV 08 2348 VRW
_____
Plaintiff
        v.
Andrew B. Stroud, an individual and     ) Civil Action No.
_____ )
Defendant )
Stroud Productions And Enterprises, Inc.

**Summons in a Civil Action**

To: ANDREW B. STROUD & STROUD PRODUCTIONS & ENTERPRISES, INC.
_____
(Defendant's name)

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEVEN AMES BROWN, 69 Grand View Avenue, San Francisco, California 94114-2741, 415/647-7700 Tele

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      Richard W. Wieking
                                                      Name of clerk of court

         MAY 7 2008
Date: _____
                                                      Deputy clerk's signature

                                                 MARY ANN BUCKLEY

ANDREW B. STROUD 5900 Arlington Avenue, Studio - U, Riverdale, NY 10471-1302
STROUD PRODUCTIONS AND ENTERPRISES, INC. 5900 Arlington Avenue, Studio-U Riverdale, NY 10471-1302

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)