```
 1  FRANCIS J. TORRENCE (SBN 154653)
    WILSON, ELSER, MOSKOWITZ,
 2    EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, California 94105-2725
    Telephone:   (415) 433-0990
 4  Facsimile:   (415) 434-1370

 5  Attorney for Defendants
    ANDREW B. STROUD, an individual
 6  and STROUD PRODUCTIONS AND
    ENTERPRISES, INC.
 7

 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11
    STEVEN AMES BROWN,            )  Case No.: 08-CV-02348-VRW
12                                )
          Plaintiff,              )  NOTICE OF MOTION AND MOTION TO
13                                )  DISMISS PLAINTIFF'S COMPLAINT
          vs.                     )  PURSUANT TO RULE 12(b)
14                                )
    ANDREW B. STROUD, an individual)  Date:       June 10, 2008
15  and STROUD PRODUCTIONS AND    )  Time:       2:30 p.m.
    ENTERPRISES, INC.,            )  Courtroom:  6
16                                )
          Defendants.             )  Honorable Vaughn R. Walker
17                                )

18

19  TO PLAINTIFF:

20        PLEASE TAKE NOTICE that on June 10, 2008, at 2:30 p.m. in Courtroom 6, or as soon

21  thereafter as this matter may be heard, Defendants Andrew B. Stroud and Stroud Productions and

22  Enterprises, Inc. will move this court to Dismiss Plaintiff's Complaint herein pursuant to FRCP

23  12(b) because this Court lacks personal jurisdiction over the Defendant.

24        The motion will be based on this Notice of Motion and Motion, the accompanying

25  Memorandum of Points and Authorities and Declaration of the Defendant Andrew B. Stroud, and

26  the pleadings and papers filed herein.

27

28
```

| | |
|---|---|
| 1 | |
| 2 | Dated: June 5, 2008 |
| 3 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 4 | |
| 5 | By: _____/S/_____ |
| 6 | Francis Torrence<br>Attorney for Defendants |
| 7 | ANDREW B. STROUD and<br>STROUD PRODUCTIONS AND |
| 8 | ENTERPRISES, INC. |

356713.1

2
NOTICE OF MOTION AND MOTION TO DISMISS
Case No.: C08-01678 JW