FRANCIS J. TORRENCE (SBN. 154653)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
ANDREW B. STROUD, an individual
and STROUD PRODUCTIONS AND
ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW B. STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC.<br><br>Defendants. | Case No.: 08-CV-02348-VRW<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)** |

The Court, having considered the papers and pleadings on file herein, as well as the argument of counsel, the Court hereby finds as follows:

This Court lacks personal jurisdiction over the defendants. Therefore, IT IS HEREBY ORDERED that defendants' Motion to Dismiss Pursuant to Rule 12(b) is GRANTED and all claims against the defendants are dismissed.

DATED: _____, 2008        _____
                                                                    Judge Vaughn Walker

1