IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW B. STROUD, and STROUD PRODUCTIONS AND ENTERPRISES, INC.,<br><br>    Defendants.<br>_____/ | No. C 08-2348 VRW<br><br>**CLERK'S NOTICE** |

( Defendant is directed to serve a copy, and file proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendant's Motion To Dismiss to <u>August 14, 2008 at 2:30 P.M.</u>  Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: June 9, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov