1

FRANCIS J. TORRENCE (SBN 154653)
**WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

2

3

4

5

Attorney for Defendants
ANDREW B. STROUD, an individual
and STROUD PRODUCTIONS AND
ENTERPRISES, INC.

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

12

STEVEN AMES BROWN,                      )   Case No.:  08-CV-02348-VRW
                                        )
          Plaintiff,                    )   **AMENDED NOTICE OF MOTION AND**
                                        )   **MOTION TO DISMISS PLAINTIFF'S**
     vs.                                )   **COMPLAINT PURSUANT TO RULE 12(b)**
                                        )
ANDREW B. STROUD, an individual         )   Date:        August 21, 2008
and STROUD PRODUCTIONS AND              )   Time:        2:30 p.m.
ENTERPRISES, INC.,                      )   Courtroom:   6
                                        )
          Defendants.                   )   Honorable Vaughn R. Walker
_____  )

13

14

15

16

17

18

19

**TO PLAINTIFF:**

20

          PLEASE TAKE NOTICE that on August 21, 2008, at 2:30 p.m. in Courtroom 6, or as soon

21

thereafter as this matter may be heard, Defendants Andrew B. Stroud and Stroud Productions and

22

Enterprises, Inc. will move this Court to Dismiss Plaintiff's Complaint herein pursuant to FRCP

23

12(b) because this Court lacks personal jurisdiction over the Defendants.

24

25

26

27

28

1    This Amended Notice is filed pursuant to parties' agreement, and with Court's approval to

2    re-schedule the hearing from August 14, 2008 to August 21, 2008.

3

4    Dated: June 19, 2008

5                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6

7                              By:_____/S/_____

8                                   Francis Torrence
                                    Attorney for Defendants
9                                   ANDREW B. STROUD and
                                    STROUD PRODUCTIONS AND
10                                  ENTERPRISES, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS
Case No.: 08-CV-02348-VRW

359194.1