IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
STEVEN AMES BROWN,                         No   C 08-2348 VRW

        Plaintiff,                              ORDER

     v

ANDREW B STROUD and STROUD
PRODUCTIONS AND ENTERPRISES, INC,

        Defendants.
                                       /
```

Plaintiff has filed in this action a motion to relate this case to <u>Nina Simone v San Juan Music Group</u>, No C 94-1288 (TEH). Doc #12. Under Civil Local Rule 3-12(b), the motion should have been filed in the lower-numbered case. Plaintiff did not file its motion in the case before Judge Henderson. Accordingly, the court hereby orders plaintiff to re-file its motion correctly. See Civ LR 3-12(c) ("Alternatively, a Judge may order the parties to file a motion pursuant to Civil LR 3-12(b).").

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge