UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brown

                    Plaintiff(s),                    CASE NO. 08-2348 VRW

       v.                                     NOTICE OF NEED FOR ADR PHONE CONFERENCE

Stroud

                    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 14, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| STEVEN AMES BROWN | Plaintiff | 415/647-7700 | sabrown@entertainmentlaw.com |
| THERESE Y. CANNATA | Plaintiff | 415/409-8900 | tcannata@ccolaw.com |
| FRANCIS J. TORRENCE | Defendants | 415/433-0990 | francis.torrence@wilsonelser.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: July 23, 2008

/x/
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."