FRANCIS J. TORRENCE (SBN. 154653)
SHEENA V. JAIN (SBN. 251912)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
ANDREW B. STROUD, an individual
and STROUD PRODUCTIONS AND
ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW B. STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC.,<br><br>    Defendants. | Case No.: 08-CV-02348-VRW<br><br>**DECLARATION OF FRANCIS J. TORRENCE IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION TO DISMISS PURSUANT TO RULE 12(b)**<br><br>Date:    August 21, 2008<br>Time:    2:30 p.m.<br>Courtroom:    6<br><br>Honorable Vaughn R. Walker |

I, FRANCIS J. TORRENCE, declare as follows:

1. I am an attorney at law duly admitted to practice before the United States District Court of the Northern District of California. I am Of Counsel to Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorney of record for defendants Andrew B. Stroud and Stroud Productions and Enterprises, Inc. ("Stroud Defendants") in the above-captioned matter. I am one of the attorneys responsible for this matter. If called to testify regarding the following facts, I could and would do so completely.

2. I submit this declaration in support of Defendant's Reply to Plaintiff's Opposition to the Motion to Dismiss pursuant to Rule 12(b).

1

**DECLARATION OF FRANCIS J. TORRENCE**
**Case No. 08-CV-02348-VRW**

3.     Due to his recent surgery and recovery, Andrew B. Stroud has been unavailable to discuss any substantive issues related to this matter. He will not be available for at least three additional weeks pursuant to his doctor's instructions.

4.     Stroud Defendants initiated an action against Castlerock Entertainment Inc., Warner Bros. Entertainment Inc., and Warner Independent Pictures, Inc. in the United States District Court of the Southern District of New York (Docket # 07 CIV 8638 (HB)) to resolve, among other things, copyright issues relating to the composition of *Just in Time*.  We intend to provide the Court with a copy of the Amended Complaint at the hearing for this Motion, if desired.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed on August 7, 2008 at San Francisco, CA

_____
Francis J. Torrence

2

**DECLARATION OF FRANCIS J. TORRENCE**
**Case No. 08-CV-02348-VRW**