```
 1  FRANCIS J. TORRENCE (SBN. 154653)
    SHEENA V. JAIN (SBN 251912)
 2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, California 94105-2725
    Telephone:   (415) 433-0990
 4  Facsimile:   (415) 434-1370

 5  Attorneys for Defendants
    ANDREW B. STROUD, an individual
 6  and STROUD PRODUCTIONS AND
    ENTERPRISES, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEVEN AMES BROWN, | ) Case No.: 08-CV-02348-VRW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) |
| ANDREW B. STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC., | ) Date:      August 14, 2008<br>) Time:      3:30 p.m.<br>) Courtroom: 6 |
| Defendants. | ) Honorable Vaughn R. Walker |

The parties, plaintiff Steven A. Brown ("plaintiff") and defendants Andrew B. Stroud and Stroud Production & Enterprises, Inc., (hereafter, "Stroud" or "defendants" as appropriate), through their counsel, respectfully request that the Court continues the Case Management conference, currently scheduled for August 14, 2008.

Good cause exists to continue the Case Management Conference because the defendants currently have pending before the Court a Motion to Dismiss for lack of jurisdiction, currently set to be heard on August 21, 2008. Resolution of that issue (in either party's favor), will drastically effect the direction of this case and the issues (or non issues) to be addressed at a Case Management Conference. Without resolution of that issue, the parties' views of the case are radically different.

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 08-CV-02348-VRW

1  Additional cause exists to continue the Conference because defense counsel was previously
2  unaware that the Conference was scheduled for August 14, 2008, and will be out of the country
3  during that week (which is the reason the hearing was moved from August 14 to August 21, 2008).
4  Defense counsel apologizes to the Court and counsel for any inconvenience his confusion regarding
5  the CMC has caused, including the failure to submit a joint CMC statement. It was not his intention
6  to fail to comply with that obligation.
7  In order to provide sufficient time between the August 21, 2008 hearing and the Case
8  Management Conference (and pre-conference obligations) the parties hereby request that Case
9  Management Conference be continued to September 11, 2008, or some other date convenient to the
10 Court, with pretrial filings to take place in accord with the Local Rules.
11 Alternatively, the parties request that the Conference be continued to August 21, 2008, to be
12 heard simultaneously with defendants' motion for dismiss.

13 **IT IS SO STIPULATED**

CANNATA, CHING & O'TOOLE LLP

Dated: August 7, 2008    By _____
Therese Y. Cannata
Attorneys for Plaintiff
STEVEN A. BROWN

Dated: August 7, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

By: _____
Francis J. Torrence
Attorneys for Defendants
ANDREW B. STROUD and
STROUD PRODUCTIONS AND
ENTERPRISES, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing, the Case Management Conference, currently scheduled for August |
| 3 | 14, 2008 is now continued to September 11, 2008, at 3:30 p.m. |

Date: ___8/8___, 2008

GRANTED

Vaughn R. Walker
Judge of the United States District Court

*Judge Vaughn R Walker* (signed, seal of United States District Court, Northern District of California)