IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C 08-2348 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ANDREW B STROUD, et al.,, | |
| Defendant. / | |

    YOU ARE NOTIFIED THAT the hearing on Defendant's motion to dismiss for lack of jurisdiction noticed for August 21, 2008 and Case Management Conference currently scheduled for September 11, 2008 has been **continued to September 25, 2008 at 2:30 p.m.** Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov