**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax

**THERESE Y. CANNATA** SBN 88032
Cannata, Ching & O'Toole, LLP
100 Pine Street
San Francisco, California 94111
415/409-8900 Tele
415/409-8904 Fax

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN, | CIVIL NO. Cv. 08-02348 VRW |
| Plaintiff, | |
| v. | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| ANDREW B. STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC. | |
| Defendants. | |

Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including any parent corporations) or other entities (i) have a financial interest in the subject matter in this controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter in controversy or in a party to the proceeding:

Steven Ames Brown,

Lisa Simone Kelly, administrator of the Estate of Nina Simone,

Andrew Stroud, and

Stroud Productions And Enterprises, Inc.

Dated: August 26, 2008

Respectfully submitted,

/x/

STEVEN AMES BROWN,
Plaintiff in *Pro Se*