**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13    STEVEN AMES BROWN,                    No    C-08-2348 VRW

14           Plaintiff,                           ORDER

15           v

16    ANDREW B STROUD, an individual
      and STROUD PRODUCTIONS AND
17    ENTERPRISES, INC.

18           Defendants.

19    _____/

20

21

22           Defendants Andrew Stroud and Stroud Productions &

23    Enterprises, Inc move to dismiss this action for lack of personal

24    jurisdiction under FRCP 12(b)(2).  Doc #5.  Plaintiff Steven Brown

25    argues that there are several forum related activities not alleged

26    in the complaint sufficient to establish specific jurisdiction.

27    Doc #17.  Because plaintiff's single claim for declaratory judgment

28    does not arise out of or relate to the defendant's forum related

1  activities, plaintiff has not met his burden of establishing

2  specific jurisdiction.  See <u>Menken v Emm</u>, 503 F3d 1050, 1056-58

3  (9th Cir 2007).  Accordingly, defendants' motion to dismiss is

4  GRANTED.  Plaintiff may file an amended complaint on or before

5  October 9.

6

7          IT IS SO ORDERED.

8

9          _____

10         VAUGHN R WALKER
           United States District Chief Judge

11

United States District Court
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**