IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No   C-08-2348 VRW |
|     Plaintiff, | ORDER |
|     v | |
| ANDREW B STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC. | |
|     Defendants. | |

    The court has received the letters submitted by the counsel of plaintiff Steven Brown (Doc #60) and defendants Andrew Stroud and Stroud Productions and Enterprises (Doc #61) regarding a discovery dispute over answers to interrogatories.  The parties shall submit to the court copies of the interrogatories and requests for admission at issue so that the court can review them and determine how to proceed.

    IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge