IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No C 08-2348 VRW |
|     Plaintiff, | ORDER |
|     v | |
| ANDREW B STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES INC, | |
|     Defendant. | |
| _____/ | |
| STROUD PRODUCTIONS AND ENTERPRISES, INC and ANDREW B STROUD, | No C 09-3796 RMW |
|     Plaintiffs, | |
|     v | |
| CASTLE ROCK ENTERTAINMENT, INC, WARNER BROS ENTERTAINMENT, INC and WARNER INDEPENDENT PICTURES, INC, | |
|     Defendants. | |
| _____/ | |

       On August 18, 2009, <u>Stroud Productions and Enterprises Inc v Castle Rock Entertainment, Inc, Warner Bros Entertainment Inc and Warner Independent Pictures Inc,</u> C-09-3796-RMW ("Castle Rock"), was transferred to this district from the Southern District of New

York. The case was assigned to Judge Ronald M Whyte. Under civil local rule 3-12(c), Judge Whyte referred the matter to the undersigned for consideration whether the case is related to <u>Brown v Stroud</u>, 08-2438. 09-3796, doc # 7. Accordingly, all interested parties in Castle Rock (09-3796-RMW) and <u>Brown v Stroud</u> (08-2348-VRW) are ORDERED TO SHOW CAUSE in writing on or before October 9, 2009, why 09-3796 is not related to 08-2438.

    IT IS SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge