**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN AMES BROWN,** | **No C 08-2348 VRW** |
| **Plaintiff,** | **ORDER** |
| **v** | |
| **ANDREW B STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES INC,** | |
| **Defendant.** | |
| _____/ | |
| **STROUD PRODUCTIONS AND ENTERPRISES, INC and ANDREW B STROUD,** | **No C 09-3796 VRW** |
| **Plaintiffs,** | |
| **v** | |
| **CASTLE ROCK ENTERTAINMENT, INC, WARNER BROS ENTERTAINMENT, INC and WARNER INDEPENDENT PICTURES, INC,** | |
| **Defendants.** | |
| _____/ | |

**The court is in receipt of defense counsel's letter of January 15, 2010 (08-2348, Doc #97), requesting that defendant be provided an opportunity to oppose defense counsel's motion to withdraw. 08-2348, Doc #94. Defendant may file an opposition of**

no more than five pages on or before February 11, 2010.

The case management conference scheduled for February 4, 2010 is VACATED.  The parties in the above-captioned actions are ORDERED to attend a case management conference on March 4, 2010 at 3:30 PM.

IT IS SO ORDERED.

<br>

**VAUGHN R WALKER**

**United States District Chief Judge**