Pursuant to Local Rule 3-4(a)(1) please see the last page for a listing of parties represented

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW B. STROUD, an individual and *dba* STROUD PRODUCTIONS AND ENTERPRISES, INC.<br><br>    Defendant.<br>_____/ | CIVIL NO. Cv. 08-02348 VRW<br><br>STIPULATION & [PROPOSED] ORDER CONTINUING RELATED CASE MANAGEMENT CONFERENCES |
| STROUD PRODUCTIONS AND ENTERPRISES, INC. and ANDREW B. STROUD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CASTLE ROCK ENTERTAINMENT, INC. WARNER BROS. ENTERTAINMENT, INC. and WARNER INDEPENDENT PICTURES, INC.,<br><br>    Defendants,<br>_____/ | CIVIL NO. Cv. 09-3796 VRW |

In accordance with Local Rule 7-12, the undersigned parties, through their respective counsel, stipulate to continue the Case Management Conferences in the within related cases from March 4, 2010 at 3:30 p.m. until March 25, 2010 at 3:30 p.m. and that attorney Dorothy Weber, a resident of New York, may appear at said conference by telephone.

Dated: February 12, 2010

Respectfully submitted,

/X/

STEVEN AMES BROWN,
Plaintiff in *Pro Se*

/X/

FRANCIS TORRENCE
Wilson, Elser, *et al.,*
Attorney for Stroud & Stroud Prod.

/X/

DOROTHY WEBER
Shukat, Hafer, *et al.,*
Attorney for Castle Rock & Warner Bros.

/X/

JULIA D GREER
Coblentz, Patch, *et al.,*
Attorney for Sony Music

Listing of parties represented:

**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax
sabrown@entertainmentlaw.com

**THERESE Y. CANNATA** SBN 88032
Cannata, Ching & O'Toole, LLP
100 Pine Street, Suite 1775
San Francisco, California 94111-5127
415/409-8900 Tele
415/409-8904 Fax
tcannata@ccolaw.com

Attorneys for Steven Ames Brown

**FRANCIS TORRENCE** SBN 154653
Wilson Elser Moskowitz Edelman& Dicker LLP
525 Market Street – 17th Floor
San Francisco, California 94105-2725
415/433-0990 Tele
415/434-1370 Fax
francis.torrence@wilsonelser.com

Attorneys for Stroud Productions & Andrew Stroud

**DOROTHY WEBER,** *pro hac vice*
Shukat Arrow Hafer Weber & Herbsman, LLP
111 West 57th Street, Suite 1120
New York, New York 10019
212/245-4580 Tele
212/956-6471 Fax
dorothy@musiclaw.com

Attorneys for Castle Rock & Warner Bros.

**JULIA D. GREER** SBN 200479
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
415/391-4800 Tele
415/989-1663 Fax
efilingjdg@cpdb.com

Attorneys for Sony Music

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/18/2010



IT IS SO ORDERED
Judge Vaughn R Walker