IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No C 08-2348 VRW |
| Plaintiff, | ORDER |
| v | |
| ANDREW B STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES INC, | |
| Defendant. | |
| _____/ | |
| STROUD PRODUCTIONS AND ENTERPRISES, INC and ANDREW B STROUD, | No C 09-3796 VRW |
| Plaintiffs, | |
| v | |
| CASTLE ROCK ENTERTAINMENT, INC, WARNER BROS ENTERTAINMENT, INC and WARNER INDEPENDENT PICTURES, INC, | |
| Defendants. | |
| _____/ | |

By correspondence dated March 10, April 2 and September 17, 2009, plaintiff Steven Ames Brown requested leave to file a motion to compel discovery as to defendant Andrew B Stroud. Docs # 60, 66, 77. Stroud is ORDERED TO SHOW CAUSE in writing on or

before April 8, 2010 why Brown should not be granted leave to file a motion to compel. Brown may file a reply to Stroud's opposition on or before April 15, 2010.

Stroud is further ORDERED TO SHOW CAUSE why <u>Stroud v Castle Rock Entertainment, Inc, et al</u>, 09-CV-3796 VRW, should not be stayed pending the outcome of <u>Brown v Stroud</u>, 08-CV-2348 VRW. Stroud shall file his response in writing on or before April 8, 2010; Brown's reply may be filed on or before April 15.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge