UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ANDREW B. STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES, INC.,<br><br>　　　　Defendants | CIVIL NO. Cv. 08-2348 VRW<br><br>~~[PROPOSED]~~<br><br>**ORDER STAYING ACTION** |
| STROUD PRODUCTIONS & ENTERPRISES, INC. and ANDREW B. STROUD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CASTLE ROCK ENTERTAINMENT, INC. WARNER BROS. ENTERTAINMENT INC. and WARNER INDEPENDENT PICTURES, INC.,<br><br>　　　　Defendants | CIVIL NO. Cv. 09-3796 VRW |

Upon the consent of the parties, and after considering the papers and arguments submitted in support of the Order to Show Cause of this Court dated March 26, 2010, and finding good cause therefore,

IT IS HEREBY ORDERED THAT Stroud v. Castle Rock Entertainment, Inc., et al., 09-CV-3896 VRW (the "Castle Rock Action") shall by and is hereby stayed pending the outcome of Brown v. Stroud, 08-CV-2348 VRW (the "Brown Action"). The defendants in the Castle Rock Action (the "Castle Rock Defendants"),

1 through their counsel, shall accept service subpoenas directed to the Castle Rock
2 Defendants relating to discovery in the Brown Action.

3

4 IT IS SO ORDERED

5

6 Dated: ~~April __, 2010~~
        May 18, 2010

7

8 _____
  THE HONORABLE VAUGHN R. WALKER
9 UNITED STATES DISTRICT JUDGE