IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No C 08-2348 VRW |
|     Plaintiff, | ORDER |
|     v | |
| ANDREW B STROUD, an individual and STROUD PRODUCTIONS AND ENTERPRISES INC, | |
|     Defendant. | |

Plaintiff Steven Ames Brown moves for leave to file a motion to compel. Doc ##60, 66, 77. Having considered the parties' submissions and for good cause shown, the court GRANTS Brown's motion for leave.

The court HEREBY REFERS the above-captioned matter to Chief Magistrate Judge Maria-Elena James or her designee to resolve the motion to compel.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge