IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
STEVEN AMES BROWN,                          No C 08-2348  VRW

        Plaintiff,                          ORDER

        v

ANDREW B STROUD, an individual
and STROUD PRODUCTIONS AND
ENTERPRISES INC,

        Defendant.
                                  /
```

The court previously referred the above-captioned matter to Chief Magistrate Judge Maria-Elena James or her designee to resolve plaintiff Steven Ames Brown's motion to compel. Doc #146. The assigned magistrate judge shall, upon reasonable application, allow any of the parties in the above-captioned litigation to appear by telephone.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge