IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No  C 08-2348 VRW |
| Plaintiff, | ORDER |
| v | |
| ANDREW B STROUD, an individual and *dba* STROUD PRODUCTIONS AND ENTERPRISES, INC | |
| Defendants. | |

The court is in receipt of plaintiff's application for an order to show cause why sanctions should not be imposed on defendant Andrew Stroud and his counsel, Michele M Desoer.  Doc #207.  Stroud and Desoer may file a ten-page response to plaintiff's application on or before October 28, 2010.  Any response, however, should be limited to issues not raised in defendant's memorandum in opposition to plaintiff's previous motion for sanctions, Doc #212.  Plaintiff's application, Doc #207, will be addressed further at the hearing previously scheduled for November 4, 2010.

IT IS SO ORDERED

VAUGHN R WALKER
United States District Chief Judge