1  BRUCE E. METHVEN (Bar No. 095486)
   MICHELE M. DESOER (Bar No. 119667)
2  METHVEN & ASSOCIATES
   2232 Sixth Street
3  Berkeley, California 94710
   Telephone: (510) 649-4019
4  Facsimile: (510) 649-4024

5  Attorneys for Defendants
   ANDREW B. STROUD, an individual,
6  and STROUD PRODUCTIONS AND
   ENTERPRISES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 STEVEN AMES BROWN,                    Case No. 08-CV-02348 VRW

              Plaintiff,                 [PROPOSED] ORDER ON PARTIES'
12                                       STIPULATED POSTPONEMENT OF
                                         HEARING
13      v.

14 ANDREW B. STROUD, an individual,
   and STROUD PRODUCTIONS AND
15 ENTERPRISES, INC.,

16            Defendants.
   _____
17
   STROUD PRODUCTIONS AND
18 ENTERPRISES, INC. and ANDREW B.
   STROUD,
19
              Plaintiff,
20
        v.
21
   CASTLEROCK ENTERTAINMENT, INC.,
22 WARNER BROS. ENTERTAINMENT, INC.,

23            Defendants.

24

25

26

27

28
                                      1
   [PROPOSED] ORDER ON PARTIES'STIPULATED POSTPONEMENT OF HEARING

1  THE COURT, having reviewed and considered the papers and pleadings filed
2  herein, hereby finds as follows:
3  The **STIPULATION OF PARTIES TO POSTPONMENT OF HEARING DATE** is
4  GRANTED. All outstanding Motions scheduled to be heard on November 4, 2010 shall now be
5  heard on January 13, 2011. Additionally, Ms. Weber is hereby granted permission to appear
6  telephonically at that hearing.
7  IT IS SO ORDERED.

Dated: November 2, 2010

_____
The Hon. Vaughn R. Walker

*GRANTED — Judge Vaughn R Walker — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*