UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW B. STROUD,<br><br>    Defendant.<br>_____/ | No. C-08-02348 JSW (DMR)<br><br>**NOTICE AND ORDER SETTING PHONE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute. *See* Docket No. 277. IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic conference with the undersigned on **April 29, 2011 at 11:45 a.m.** Counsel for Plaintiff Steven Ames Brown shall initiate the three-way conference call to the Court as follows: (1) by first calling counsel for Defendant Andrew B. Stroud; and then (2) with all counsel on the line, calling the Court's call-in number, five minutes prior to the scheduled start time.

**One week prior to the scheduled telephonic conference, counsel for Plaintiff shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the Court's call-in number for the telephonic conference.**

IT IS SO ORDERED.

Dated: April 20, 2011

_____
DONNA M. RYU
United States Magistrate Judge