**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11    STEVEN AMES BROWN,                        No. C-08-02348 JSW (DMR)

12            Plaintiff,                        **ORDER RE EXTENSION OF
                                                DEADLINE TO PRODUCE**
13        v.                                    **RECORDINGS**

14    ANDREW B. STROUD,

15            Defendants.

16    _____/

17          On April 29, 2011, the Court ordered Defendant Andrew B. Stroud to produce to Plaintiff

18    Steven Ames Brown authenticated, verified copies of four specific tracks which are on deposit with

19    the Copyright Office by no later than May 9, 2011 or to show good cause for an extension of the

20    deadline.  *See* Docket No. 286.  On May 9, 2011, Defendant Stroud's attorney submitted a

21    declaration explaining that discussions between all parties regarding obtaining copies of the

22    recordings at issue are ongoing.  *See* Docket No. 288.  Therefore, Defendant Stroud is ordered to

23    submit a stipulation and proposed order setting forth the parties' agreements regarding the copying

24    of the recordings at issue by no later than May 31, 2011.  If such a stipulation is not possible, the

25    parties shall submit a joint letter in accordance with the Court's Order re Discovery Procedures

26    (Docket No. 266) setting forth the timing and process for obtaining the recordings at issue by no

27    later than May 31, 2011.

28

IT IS SO ORDERED.

Dated: May 10, 2011

_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California