1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven Ames Brown, et al., | NO. C 08-02348 JSW<br>NO. C 09-03796 JW |
| Plaintiffs, | **ORDER REASSIGNING CASE** |
| v. | |
| Andrew B. Stroud, et al., | |
| Defendants. | |
| _____/ | |
| Stroud Prods. and Enters., Inc., et al., | |
| Plaintiffs, | |
| v. | |
| Castle Rock Entm't, Inc., et al., | |
| Defendants. | |
| _____/ | |

On November 13, 2009, Chief Judge Walker (retired) found the above entitled cases related within the meaning of Civ. L.R. 3-12.  (hereafter, "Nov. 13 Order," C-09-0376, Docket Item No. 23.)  On February 4, 2011, in light of Judge Walker's retirement, C-08-2348 was reassigned to Judge White.  However, the related case of C-09-03796 was not transferred.  Based on the Court's Nov. 13 Order finding these cases related, the Court finds good cause to reassign C-09-03796 to Judge White to avoid any unduly burdensome duplication of labor and expense, as well as the risk of inconsistent judgments.

Dated:  June 17, 2011

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Bruce Emerson Methven bmethven@methvenlaw.com
    Dorothy Marie Weber dorothy@musiclaw.com
3   Melissa Newel mnewel@methvenlaw.com

4

5   **Dated:  June 17, 2011**                    **Richard W. Wieking, Clerk**

6                                                **By:_____/s/ JW Chambers_____**
                                                     **Susan Imbriani**
7                                                    **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28