**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,

        Plaintiff,

    v.

ANDREW B. STROUD, and STROUD
PRODUCTIONS AND ENTERPRISES, INC.,

        Defendants/Counterclaimants

    v.

STEVEN AMES BROWN and ESTATE OF
NINA SIMONE,

        Counterdefendants.
_____/

No.  C 08-02348 JSW

**ORDER VACATING HEARING
ON MOTION TO DISMISS FIRST
AMENDED COUNTERCLAIM OF
ESTATE OF NINA SIMONE**

      This matter comes before the Court upon consideration of the Motion to Dismiss the

Second and Third Claims for Relief of the First Amended Counterclaim.  (Docket No. 272.)

The Court has considered the parties' papers, relevant legal authority, and the record in this

case, and the Court finds the motion suitable for disposition without oral argument.

Accordingly, the hearing scheduled for July 1, 2011 at 9:00 a.m. is VACATED, and the Court

shall issue a written order in due course.

     **IT IS SO ORDERED.**

Dated:  June 30, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE