IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW B. STROUD, and STROUD PRODUCTIONS AND ENTERPRISES, INC.,<br><br>    Defendants/Counterclaimants<br><br>  v.<br><br>STEVEN AMES BROWN and ESTATE OF NINA SIMONE,<br><br>    Counterdefendants. | No. C 08-02348 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND REFERRING MATTER FOR REPORT AND RECOMMENDATION** |

The Court HEREBY VACATES the case management conference schedule for August 5, 2011. Based on the parties' conduct during discovery, the parties seek a continuance of the deadlines set in the above captioned matter. However, the parties disagree regarding the length of any required continuance. Because the scope of the continuance concerns discovery matters which have been referred to Magistrate Judge Donna M. Ryu, the Court HEREBY REFERS this

///
///
///
///
///

matter for a report and recommendation regarding the length of an appropriate continuance. The Court will reset the case management conference at a later date, if necessary.

**IT IS SO ORDERED.**

Dated: August 2, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk