UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>      Plaintiff,<br><br>    v.<br><br>ANDREW B. STROUD,<br><br>      Defendant.<br>_____/ | No. C-08-02348 JSW (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING RE DISCOVERY DISPUTE AND CASE MANAGEMENT DEADLINES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 301]. This matter has also been referred to the undersigned for a report and recommendation on the parties' request for a continuance of case management deadlines. [Docket No. 303.]

You are hereby notified that a hearing regarding the discovery dispute and the parties' request for a continuance of case management deadlines is set for **August 25, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

Counsel for the parties shall be prepared to answer **detailed** questions regarding all aspects of discovery in this matter. Responses that defer an answer pending consultation with a client or

third party regarding a discovery-related matter will be deemed unacceptable. Any party or individual whose presence is required in order to meaningfully and completely discuss discovery and respond to the Court's questions shall be available immediately by telephone during the hearing. Further, the parties shall come prepared with specific recommendations regarding new case management dates, including fact and expert discovery cut-off dates, a dispositive motion hearing date, and a trial date.

IT IS SO ORDERED.

Dated: August 9, 2011

DONNA M. RYU
United States Magistrate Judge

2