1  BRUCE E. METHVEN (Bar No. 095486)
   MELISSA NEWEL (Bar No. 148563)
2  METHVEN & ASSOCIATES
   2232 Sixth Street
3  Berkeley, California 94710
   Telephone: (510) 649-4019
4  Facsimile: (510) 649-4024

5  Attorneys for Defendants and Cross-Claimants
   ANDREW B. STROUD, an individual,
6  and STROUD PRODUCTIONS AND
   ENTERPRISES, INC.
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 STEVEN AMES BROWN,                        Case No. C- 08-02348  JSW (DMR)

12         Plaintiff,                        **STIPULATION REQUESTING AN ORDER RESCHEDULING HEARING DATE RE DISCOVERY DISPUTE AND CASE MANAGEMENT DEADLINES**

13
       v.
14
   ANDREW B. STROUD, an individual,
15 and STROUD PRODUCTIONS AND
   ENTERPRISES, INC.,
16
           Defendants.
17  ─────────────────────────────────

18  AND RELATED CROSS-ACTIONS

19

20

21
       The parties hereby jointly submit this stipulation to request rescheduling the hearing on
22
   the discovery dispute [Docket No. 301] and case management deadlines [Docket No. 303]
23
   ordered on August 9, 2011 to be held on August 25, 2011 at 11:00 a.m. [Docket No. 306].
24
   Having consulted with the Court's Calendar Clerk, the parties request that the hearing date be
25
   rescheduled to September 22, 2011 at 11:00 a.m.
26

27
                                            1
28 **STIPULATION REQUESTING AN ORDER RESCHEDULING HEARING DATE RE DISCOVERY DISPUTE AND CASE MANAGEMENT DEADLINES**

1     This request is being made due to Andrew B. Stroud's and Stroud Production &
2 Enterprises, Inc.'s counsel's previously scheduled vacation which includes the August 25th
3 hearing date. No other counsel with Methven & Associates is available to attend the hearing as
4 originally scheduled. The September 22, 2011 date is agreeable to all counsel.

5     The parties also hereby stipulate that they agree to Ms. Weber appearing at the
6 rescheduled hearing by telephone. **One week prior to the Discovery Hearing set on**
7 **September 22, 2011, counsel for Estate of Nina Simone, Dorothy M. Weber, shall contact**
8 **Judge Ryu's Courtroom Deputy, Ivy Garcia at (510) 637-3639, to obtain the Court's call-in**
9 **number for the Discovery Hearing.**

10     Respectfully submitted,

11 Dated: August ___, 2011         METHVEN & ASSOCIATES

By:    /s/
Melissa Newel
Attorneys for Defendants/Cross-Claimants
ANDREW B. STROUD and STROUD
PRODUCTIONS AND ENTERPRISES, INC

By:    /s/
Steven Ames Brown, Esq.
Plaintiff in *pro se*

SHUKAT ARROW HAFER WEBER
& HERBSMAN, LLP

By:    /s/
Dorothy M. Weber
Attorneys for the
ESTATE OF NINA SIMONE

2
**STIPULATION REQUESTING AN ORDER RESCHEDULING HEARING DATE RE DISCOVERY DISPUTE AND CASE MANAGEMENT DEADLINES**

1  ///

2  ///

3  ///

4

5                                    COBLENTZ, PATCH, DUFFY & BASS LLP

6

7                    By:        /s/
                         Julia D. Greer
8                        Attorneys for
                         SONY MUSIC ENTERTAINMENT
9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12                                   **GRANTED**

13  Date: August 17, 2011
                                     _____
14                                   DONNA M. RYU
                                     United States Magistrate Judge

15

---

3

**STIPULATION REQUESTING AN ORDER RESCHEDULING HEARING DATE RE DISCOVERY DISPUTE AND CASE MANAGEMENT DEADLINES**