IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,

    Plaintiff,

v.

ANDREW B. STROUD, and STROUD PRODUCTIONS AND ENTERPRISES, INC.,

    Defendants/Counterclaimants

v.

STEVEN AMES BROWN and ESTATE OF NINA SIMONE,

    Counterdefendants.

No. C 08-02348 JSW

**ORDER DISCHARGING TO SHOW CAUSE**

The Court has received the response to the order to show cause filed Counterclaimant Andrew Stroud and Stroud Productions and Enterprises, Inc. and Andy Stroud, Inc.'s (collectively, "Stroud"). Although the Court does not condone Stroud's delay in responding the motion to dismiss, the Court shall consider Stroud's opposition and address this matter on the merits. Therefore the Court will provide Steven Ames Brown ("Brown") and the Estate of Nina Simone ("Estate") until September 20, 2011 to file a reply in support of their motion to dismiss. The order to show cause dated July 19, 2011 is HEREBY DISCHARGED. However, Stroud is

///

///

///

1 admonished that the Court will sanction any further delays or violations of the Court's order or
2 Local Rules.
3 **IT IS SO ORDERED.**

5 Dated: September 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE