**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,                           No. C-08-02348 JSW (DMR)

       Plaintiff,                           **ORDER TO SUBMIT ADDITIONAL**
                                    **INFORMATION REGARDING JULY 27,**
       v.                                   **2011 JOINT DISCOVERY LETTER**

ANDREW B. STROUD,

       Defendant.
_____/

     The court has reviewed the parties' July 27, 2011 joint letter regarding their discovery

dispute. [Docket No. 301.]  By no later than **September 15, 2011**, the parties shall submit additional

information regarding the dispute as set forth below:

     Plaintiff Steven Ames Brown shall lodge with the court a copy of the CD recording

submitted to Defendant Andrew B. Stroud along with Request for Admission Nos. 1-4 (Set Five).

Defendant Stroud shall lodge with the court a CD recording containing copies of the tracks entitled

"Love Me or Leave Me," "Don't Explain," "This Year's Kisses" and "Strange Fruit" that are on

deposit with the Copyright Office and are the subject of Defendant Stroud's copyright registration

N-4087.

     IT IS SO ORDERED.

Dated:  September 9, 2011

                                 _____
                                 DONNA M. RYU
                                 United States Magistrate Judge