UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C-08-02348 JSW (DMR) |
|     Plaintiff, | **ORDER REGARDING NOVEMBER 1, 2011 DISCOVERY STATUS REPORT** |
|   v. | |
| ANDREW B. STROUD, | |
|     Defendant. | |

     The court has reviewed the parties' November 1, 2011 monthly discovery report [Docket No. 343]. In the court's September 26, 2011 Order [Docket No. 335], the court ordered the parties to file a joint report on the first court day of each month that sets forth the status of discovery. The monthly discovery status report is not a forum to present discovery disputes. To the extent that discovery disputes arise, the parties have been ordered to follow the procedure set forth in the court's Notice of Reference and Order Re Discovery Procedures [Docket No. 266]. Any future failure to follow the court's procedures may result in sanctions. The joint monthly discovery status reports are hereafter limited to a total of five pages.

     IT IS SO ORDERED.

Dated: November 3, 2011

DONNA M. RYU
United States Magistrate Judge