UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN AMES BROWN, | No. C-08-02348 JSW (DMR) |
|---|---|
| Plaintiff, | **ORDER RE DEFENDANT STROUD'S RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| ANDREW B. STROUD, | |
| Defendant. | |

On November 23, 2011, Defendant Andrew B. Stroud filed a response [Docket No. 347] to the court's November 3, 2011 Order to Show Cause. Counter-Defendant Estate of Nina Simone has requested an opportunity to respond to Defendant Stroud's submission, to be joined by Counter-Defendant Sony Music Holdings, Inc. and Plaintiff Steven Brown. The request is granted. The Estate of Nina Simone, joined by Sony Music Holdings and Brown, may file a response to Defendant Stroud's submission that does not exceed two pages, single spaced, no later than **December 5, 2011.**

IT IS SO ORDERED.

Dated: November 28, 2011



DONNA M. RYU
United States Magistrate Judge