Pursuant to Local Rule 3-4(a)(1) please see the last page for a listing of parties represented

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW B. STROUD, an individual and *dba* STROUD PRODUCTIONS AND ENTERPRISES, INC.<br><br>      Defendant.<br>_____/<br>AND RELATED COUNTER & REPLY CLAIMS<br>_____/ | CIVIL NO. Cv. 08-02348 JSW<br><br>STPULATION AND [~~PROPOSED~~] ORDER VACATING EXISTING PRETRIAL AND TRIAL DATES AND SETTING A NEW C.M.C. DATE |

WHEREAS, Judge Ryu has recommended that discovery in the within action be extended for a period of one year, *Document 346,* pg. 3:18-19;

AND WHEREAS, on December 20, 2011 this Court ordered this action related to *Kelly v. Roker,* Cv. 11-5822 JSW;

AND WHEREAS, the parties wish to avoid any unnecessary duplication of discovery and to coordinate proceedings in both actions;

The parties hereby stipulate that the existing pretrial and trial dates set in this action be vacated and a *Further Case Management Conference* be held concurrently with the initial *Case Management Conference* in *Kelly v. Roker,* Cv 11-5822 JSW, on March 16, 2012 at 1:30 pm, with a *Subsequent Case Management Conference Statement* to be filed jointly with the *Case Management Conference Statement* required in *Kelly v. Roker* no later than March 9, 2012. Ms. Weber may appear telephonically at the joint conference at the assigned date and time, or any such other time as the Court may set the matter.

Dated: December 28, 2011

Respectfully submitted,

/X/
STEVEN AMES BROWN,
Plaintiff in *Pro Se*

/X/
MELISSA NEWEL
Methven & Associates,
Attorney for Defendant Stroud and
Stroud Productions and Enterprises,
Inc.

/X/
DOROTHY M. WEBER, *pro hac vice*
Shukat, Arrow, Hafer, Weber &
Herbsman, LLP
Attorney for Estate of Nina Simone

Stip & [Proposed] Order Re: New Dates

|   |   |
|---|---|
| 1 | /X/ |
| 2 | JULIA D. GREER |
| 3 | Coblentz, Patch, Duffy & Bass, LLP., Attorney for Sony Music Entertainment, erroneously sued as Sony Music Holdings, Inc. |

[PROPOSED] ORDER

Upon reading the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that all existing pretrial and trial dates in this action are VACATED. A *Further Case Management Conference* will be held concurrently with the *Case Management Conference* in *Kelly v. Roker*, Cv. 11-5822 JSW currently set for March 16, 2012 at 1:30 pm. A *Subsequent Case Management Conference Statement* shall be jointly filed in the same document embodying the *Case Management Conference Statement* required in *Kelly v. Roker,* on March 9, 2012. Ms. Weber may appear telephonically at said conferences, whether held at the time currently scheduled or such other date and time as the Court may set.

Dated: January 5, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Listing of counsel filing this paper:

**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax
sabrown@entertainmentlaw.com

-3-
Stip & [Proposed] Order Re: New Dates

|   |   |
|---|---|
| 1 |  |
| 2 | **THERESE Y. CANNATA** SBN 88032<br>Cannata, Ching & O'Toole, LLP<br>100 Pine Street, Suite 1775 |
| 3 | San Francisco, California 94111-5127<br>415/409-8900 Tele |
| 4 | 415/409-8904 Fax<br>tcannata@ccolaw.com |
| 5 |  |
| 6 | Attorneys for Plaintiff |
| 7 | **MELISSA NEWEL** SBN 148563 |
| 8 | Methven & Associates<br>2232 Sixth Street |
| 9 | Berkeley, California 94710<br>510/649-4019 Tele |
| 10 | 510/649-4024 Fax<br>mnewel@methvenlaw.com |
| 11 |  |
| 12 | Attorneys for Defendant Stroud and Andy Stroud, Inc. |
| 13 |  |
| 14 | **DOROTHY M. WEBER**, *pro hac vice*<br>Shukat, Arrow, Hafer, Weber & |
| 15 | Herbsman, LLP<br>111 West 57th Street, Suite 1120 |
| 16 | New York, New York 10019<br>212/245-4580 Tele |
| 17 | 212/956-6471 Fax<br>dorothy@musiclaw.com |
| 18 | Attorneys for Estate of Nina Simone |
| 19 | **JULIA D. GREER** SBN 200479 |
| 20 | Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200 |
| 21 | San Francisco, California 94111-4213<br>ef-jdg@cpdb.com |
| 22 | Attorneys for Third Party Defendant Sony Music Entertainment, |
| 23 | erroneously sued as Sony Music Holdings, Inc. |
| 24 |  |
| 25 |  |
| 26 |  |