UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,

    Plaintiff,

    v.

ANDREW B. STROUD,

    Defendant.
_____/

No. C-08-02348 JSW (DMR)

**ORDER SETTING HEARING DATE ON MOTION FOR SANCTIONS FOR SPOLIATION**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' stipulated briefing schedule for the motion for sanctions for spoliation. [Docket No. 371.] Plaintiff Brown and Counter-Defendants Sony Music Entertainment and the Estate of Nina Simone shall file a **joint motion** for sanctions for spoliation by no later than **March 16, 2012.** Any opposition to the motion shall be filed by **April 6, 2012**, and any joint reply shall be filed by **April 20, 2012.** A hearing on the motion is set for **May 10, 2012 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

1  IT IS SO ORDERED.

3  Dated: February 8, 2012



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California