JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
KATHLEEN F. McCONNELL (State Bar No. 239479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jgk@cpdb.com
         ef-jdg@cpdb.com
         ef-kfm@cpdb.com

Attorneys for Counterdefendant
SONY MUSIC ENTERTAINMENT, erroneously
sued as SONY MUSIC HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW B. STROUD, an individual,<br><br>　　　　Defendant. | Case No. 08-02348 JSW (DMR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING BRIEFING<br>SCHEDULE AS MODIFIED**<br><br>Date action filed:  May 7, 2008<br>Courtroom:  4, 3rd Floor (Oakland)<br>Trial Date:  None |
| AND DEFENDANT'S RELATED<br>COUNTERCLAIMS, | Date: May 10, 2012<br>Time: 11:00 a.m.<br>Judge:  Donna M. Ryu, Magistrate Judge |
| STEVEN AMES BROWN,<br><br>　　　　Reply Counterclaimant,<br><br>　　v.<br><br>ANDREW B. STROUD, and SONY MUSIC HOLDINGS, INC.,<br><br>　　　　Reply Counterdefendants. | |

11325.003.1999064v1　　　　　　　　　　　　　　　　　　　　　　　　　CIVIL NO. 08-02348 JSW

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE

1  WHEREAS, on February 8, 2012, the Court ordered a briefing schedule and set a hearing date for the parties motion for sanctions on spoliation (Docket No. 374);

2  WHEREAS, the date of filing of the parties Joint Motion was set for March 16, 2012;

3  WHEREAS, the same week the Joint Motion was due to be filed, plaintiff Steven Ames Brown underwent what was expected to be minor outpatient surgery;

4  WHEREAS, Mr. Brown suffered complications that will render it difficult for him to participate in the editing, finalizing and filing of the Joint Motion;

5  WHEREAS, all parties wish for Mr. Brown to fully participate in editing, finalizing and filing the Joint Motion;

6  THEREFORE, the parties stipulate that, with the Court's permission, the briefing schedule be amended as follows:

Plaintiff Brown and Counter-Defendants Sony Music and Estate of Nina Simone shall file a joint motion for sanctions no later than March 23, 2012;

Any Opposition to the Motion shall be filed no later than April 13, 2012;

Any Joint Reply shall be filed no later than April 27, 2012.

The hearing shall be set for 11:00 a.m. on <u>May 24, 2012.</u><s>May 17, 2012, or on a date and time convenient to the Court.</s>

IT IS SO STIPULATED.

DATED: March 14, 2012          COBLENTZ, PATCH, DUFFY & BASS LLP

By: */s/ Julia D. Greer*
    Julia D. Greer
    Attorneys for Reply Counterdefendant SONY
    MUSIC ENTERTAINMENT, erroneously sued
    as SONY MUSIC HOLDINGS, INC.

DATED: March 14, 2012        SHUKAT, HAFER, ARROW, WEBER &
                             HERBSMAN


                             By:   /s/ Dorothy M. Weber
                                   Dorothy M. Weber
                                   Attorneys for Reply Counterdefendant ESTATE
                                   OF NINA SIMONE


DATED: March 14, 2012        METHVEN & ASSOCIATES


                             By:   /s/ Melissa Newel
                                   Melissa Newel
                                   Attorneys for Defendants ANDREW STROUD
                                   and STROUD PRODUCTIONS AND
                                   ENTERPRISES, INC.

IT IS SO ORDERED.

DATE: _March 14, 2012_____     _____
                                  Donna M. Ryu
                                  United States District Court Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
(United States District Court, Northern District of California seal)

11325.003.1999064v1                     2                     CIVIL NO. 08-02348 JSW
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE