UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW B. STROUD, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-02348 JSW (DMR)<br><br>**ORDER RE BRIEFING ON DEFENDANTS' "MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER"** |

The court is in receipt of Defendants Andrew Stroud and Stroud Productions and Enterprises, Inc.'s "Motion for Relief from Nondispositive Pretrial Order (Dkt # 335) per Local Rule 72-2." [Docket No. 387.] The motion seeks relief from the court's September 26, 2011 order requiring Melissa Newel, counsel for Stroud, to travel from California to New York to assist Stroud personally in identifying and producing additional recordings in his possession. Although the motion is styled as a motion for relief pursuant to Civil Local Rule 72-2, which governs objections to an order of a Magistrate Judge, the court notes that Defendants submitted a proposed order for signature by the undersigned Magistrate Judge rather than the presiding District Judge. [Docket No. 391.] The court further notes that Defendants filed the motion more than 14 days after entry of the September 26, 2011 order, making any objections to that order untimely pursuant to FRCP 72(a). The court therefore construes Defendants' motion as a motion for leave to file a motion for reconsideration pursuant to Civil Local Rule 7-9. The court hereby GRANTS Defendants leave to file the motion for reconsideration.

1     Pursuant to Civil Local Rule 7-9(d), the court hereby orders that any opposition to Defendants' motion for reconsideration may not exceed three (3) pages in length and must be filed by April 6, 2012, after which the matter will be taken under submission and may be decided without oral argument. No reply brief may be filed. If the court determines that a hearing is necessary, it will notify the parties of the time and date of hearing.

    IT IS SO ORDERED.

Dated: April 3, 2012

_____
DONNA M. RYU
United States Magistrate Judge