IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al., | No. C 08-02348 JSW |
| Plaintiffs, | No. C 11-05822 JSW |
| v. | **ORDER RE PARTIES' LETTER BRIEF IN CASE 11-5822** |
| ANDREW B. STROUD, et al., | |
| Defendants | |
| AND RELATED COUNTERCLAIM | |
| _____/ | |
| LISA SIMONE KELLY, | |
| Plaintiff, | |
| v. | |
| WALLY ROKER, et al., | |
| Defendants. | |
| _____/ | |

The Court has received and considered the parties' letter brief in *Roker v. Kelly*, 11-5822, responding to this Court's Order dated March 14, 2012. Having considered the parties' positions, the Court shall continue to defer consideration of the motion to dismiss in the *Roker* case, pending the outcome of the settlement conference scheduled before Chief Magistrate Judge James on May 30, 2012, but it shall not stay this case.

//

//

1  In addition, the Court shall not stay proceedings in *Brown v. Stroud*, because the only
2  matters currently pending in that case are discovery disputes pending before Judge Ryu.
3  **IT IS SO ORDERED.**
4  Dated: April 11, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE