UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C 08-02348 JSW (DMR) |
| Plaintiff, | **ORDER RE LETTER REPORT FILED BY COUNSEL FOR DEFENDANTS** |
| v. | |
| ANDREW B. STROUD, et al., | |
| Defendants. | |

The court is in receipt of the letter filed by counsel for Defendants Andrew Stroud and Stroud Productions and Enterprises, Inc., reporting on her visit to her client Stroud's residence in compliance with the court's orders to assist him in identifying and producing additional recordings in his possession. If defense counsel intends to rely on any of her reported findings in opposition to the pending motion to strike Defendants' pleadings, any factual representations must be submitted as soon as possible by a sworn declaration by Mr. Stroud if they are to be proffered as admissible evidence. This order should not be construed as a ruling that the court will accept any late-filed evidence in support of Defendants' opposition to the motion to strike.

IT IS SO ORDERED.

Dated: May 22, 2012

DONNA M. RYU
United States Magistrate Judge