**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,  No. C 08-2348-JSW (DMR)

    Plaintiff(s),  **ORDER AMENDING SANCTIONS ORDER [DOCKET NO. 445]**

  v.

ANDREW B. STROUD,

    Defendant(s).

    Page 13, lines 1 through 3, of the July 6, 2012 sanctions order, [Docket No. 445], are replaced with the following corrected calculations regarding Sony's recoverable attorneys' fees: "Thus, Sony is entitled to recover 35.425 hours of work at the requested rate of $440 and 42.4 hours at the requested rate of $460 for Ms. Greer, and two hours of work at $335 per hour for Ms. McConnell, for a total of $35,761."

    IT IS SO ORDERED.

Dated: July 17, 2012

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge