UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,     No. C 08-02348 JSW (DMR)

    Plaintiff,     **ORDER DENYING MOTIONS TO COMPEL WITHOUT PREJUDICE**

    v.

ANDREW B. STROUD, et al.,

    Defendants.

_____/

    Plaintiffs/Counter-defendants Steven Ames Brown and The Estate of Nina Simone, along with Counter-defendant Sony Music Holdings, Inc., recently filed two discovery letter briefs against Defendant/Counter-claimant Andrew B. Stroud. [Docket Nos. 442 and 449]. Stroud's counsel informed the court that Mr. Stroud passed away on July 14, 2012. No substitution of parties has been effected. Therefore, both discovery motions are denied without prejudice until the parties clarify who, if anyone, will stand in Mr. Stroud's stead in this litigation.[1]

    IT IS SO ORDERED.

Dated: July 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge

---

[1] The discovery motion embodied in Docket No. 449 seeks an order compelling action by Mr. Stroud, Andy Stroud, Inc. ("ASI"), and Scarlett Stroud. The court notes that neither ASI nor Scarlett Stroud are parties to this lawsuit.