**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | |
| Plaintiff, | No. C 08-02348 JSW |
| v. | **ORDER REQUIRING STATUS UPDATE REGARDING PENDING MOTIONS TO WITHDRAW** |
| ANDREW B. STROUD, and STROUD PRODUCTIONS AND ENTERPRISES, INC., | |
| Defendants/Counterclaimants | |
| v. | |
| STEVEN AMES BROWN and ESTATE OF NINA SIMONE, | |
| Counterdefendants. / | |
| ANDREW B. STROUD, | |
| Plaintiff, | |
| v. | |
| CASTLE ROCK ENTERTAINMENT, et al., | |
| Defendants. / | |
| LISA SIMONE KELLY, | |
| Plaintiff, | |
| v. | |
| WALLY ROKER, et al., | |
| Defendants. / | |

Now before the Court are the motions to withdraw as counsel for defendant and counter-claimant Andrew B. Stroud filed by Methven and Associates ("Methven") currently scheduled to be heard on August 31, 2012. Methven informed the Court that Mr. Stroud passed away on July 14, 2012. In light of this fact, it appears as though Methven's motion to withdraw as counsel is now likely moot. However, Methven has not yet withdrawn these motions. Therefore, the Court directs Methven to file a status report regarding these pending motions by no later than August 8, 2012. If Methven seeks to have the Court hear these motions, Methven shall explain why these motions to withdraw were not mooted by Mr. Stroud's passing.

**IT IS SO ORDERED.**

Dated: August 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2