United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW B. STROUD, and STROUD PRODUCTIONS AND ENTERPRISES, INC.,<br><br>    Defendants/Counterclaimants<br><br>  v.<br><br>STEVEN AMES BROWN and ESTATE OF NINA SIMONE,<br><br>    Counterdefendants.<br>_____ / | No. C 08-02348 JSW<br>No. C 09-03796 JSW<br>No. C 11-5822 JSW<br><br>**ORDER RE CORRESPONDENCE** |
| ANDREW B. STROUD,<br><br>    Plaintiff,<br><br>  v.<br><br>CASTLE ROCK ENTERTAINMENT, et al.,<br><br>    Defendants.<br>_____ / | |
| LISA SIMONE KELLY,<br><br>    Plaintiff,<br><br>  v.<br><br>WALLY ROKER, et al.,<br><br>    Defendants.<br>_____ / | |

1  The Court has received the correspondence from the parties regarding the pending
2  motions to withdraw. Unless the Court has expressly requested a letter brief or unless the
3  parties are presenting a discovery dispute to the Court, the Court does not accept letter briefs.
4  Going forward, the parties must submit all status reports on pleading paper.

5  Further, if any party asks this Court to take any further action in this case, any such
6  request also must be submitted in the form of either an administrative motion, if appropriate, or
7  a properly noticed motion.

**IT IS SO ORDERED.**

Dated: August 9, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE