United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C 08-02348 JSW (DMR) |
| Plaintiff(s), | **ORDER TO CLARIFY SUBMISSION** |
| v. | |
| ANDREW B. STROUD, | |
| Defendant(s). | |

On August 9, 2012, counsel for Sony Music Entertainment filed a letter in which she referenced "motions that have been briefed and are currently pending before Judge Ryu, which should be decided irrespective of recent events." [Docket No. 454.] Counsel for Sony Music Entertainment is hereby ordered to file a letter clarifying which motions pending before the undersigned that she was referring to in her letter, as the court is unaware of any such motions at this time.

IT IS SO ORDERED.

Dated: August 10, 2012

_____
DONNA M. RYU
United States Magistrate Judge