UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C 08-02348 JSW (DMR) |
| Plaintiff, | **ORDER RE OCTOBER 5, 2012 DISCOVERY LETTER** |
| v. | |
| ANDREW B. STROUD, et al., | |
| Defendants. | |

On June 30 and July 19, 2012, Plaintiffs/Counter-defendants Steven Ames Brown and the Estate of Nina Simone ("the Estate"), along with Counter-defendant Sony Music Holdings, Inc. ("Sony"), filed two discovery letter briefs against Defendant/Counter-claimant Andrew B. Stroud. [Docket Nos. 442 and 449]. On July 30, 2012, the court denied both discovery motions without prejudice until the parties clarified who would stand in Mr. Stroud's stead in this litigation. The court did not grant the parties permission to "renew" the joint discovery letters upon a successor to Mr. Stroud being joined. [Docket No. 450.]

On October 4, 2012, Judge White granted the motion of Brown and the Estate to substitute Scarlett Stroud for Andrew B. Stroud. [Docket No. 470.] On October 5, 2012, Brown, the Estate, and Sony filed a letter purporting to renew the June 30 and July 19 discovery letter briefs and requesting the court grant the renewed motions. [Docket No. 471.] The request is denied. The parties are ordered to comply with the court's Standing Order regarding discovery and to meet and

confer with Scarlett Stroud regarding the discovery disputes. If disagreements remain after meeting and conferring, the parties may file a joint discovery letter.

    IT IS SO ORDERED.

Dated: October 10, 2012

DONNA M. RYU
United States Magistrate Judge