1  **DOROTHY M. WEBER**, *pro hac vice*
   Shukat, Arrow, Hafer, Weber &
2  Herbsman, LLP
   111 West 57th Street, Suite 1120
3  New York, New York 10019
   212/245-4580 Tele
4  212/956-6471 Fax
   dorothy@musiclaw.com
5
   Attorneys for Estate of Nina Simone
6

7  **JULIA D. GREER** SBN 200479
   Coblentz, Patch, Duffy & Bass, LLP
8  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
9  ef-jdg@cpdb.com

10 Attorneys for Third Party Defendant Sony Music Entertainment,
   erroneously sued as Sony Music Holdings, Inc.
11

12

13

14                        [PROPOSED] ORDER

15     For good cause appearing it is hereby ordered that the joint Mandatory

16 Settlement Conference in the within actions set for January 22, 2013 at 10:00 am shall

17 be continued until June 25, 2013 at 10:00 a.m.

18         Dated: 1/7/2013

19         _____

20         United States Magistrate Judge
           Maria-Elena James
21

22

23

24

25

26

11325.003 2295605v1                          -4-