UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C-08-02348 JSW (DMR) |
| Plaintiff, | No. C-11-05822 JSW (DMR) |
| v. | **ORDER RE FEBRUARY 22, 2013 DISCOVERY LETTER** |
| ANDREW B. STROUD, *et al.*, | |
| Defendants. _____/ | |
| LISA SIMONE KELLY, | |
| Plaintiff, | |
| v. | |
| WALLY ROKER, *et al.*, | |
| Defendants. _____/ | |

The court has reviewed the February 22, 2013 joint discovery letter submitted by Plaintiffs Steven Ames Brown and the Estate of Nina Simone and third-party The Orchard Enterprises ("Orchard") regarding their dispute about a subpoena served on Orchard by Plaintiff Brown. [Docket No. 512.] It is unclear from the joint letter whether Orchard actually has any responsive documents and/or recordings in its possession, custody or control. If it does not, the present discovery dispute may be moot. Therefore, the court orders Orchard to submit a sworn declaration

to the court regarding whether it has any documents and/or recordings responsive to the subpoena in its possession, custody or control, regardless of its stated objections. Such declaration shall be filed by **no later than March 8, 2013.**

IT IS SO ORDERED.

Dated: February 28, 2013



DONNA M. RYU
United States Magistrate Judge