Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,  )
                                         )  Case No: C 08-02348 JSW
                   Plaintiff(s),    )
                                         )  APPLICATION FOR
  v.                                 )  ADMISSION OF ATTORNEY
                                         )  PRO HAC VICE
ANDREW B. STROUD, et al.,    )  (CIVIL LOCAL RULE 11-3)
                                         )
                   Defendant(s).  )

I, W. Charles Robinson, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SCARLETT P. STROUD in the above-entitled action. My local co-counsel in this case is Jason D. Annigian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 820 Second Avenue, Ste. 7B<br>New York, N.Y. 10017 | 114 N. Indian Hill Blvd., St. E<br>Claremont, CA 91711 |
| MY TELEPHONE # OF RECORD:<br>(212) 286-0423 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(909) 981-9340 |
| MY EMAIL ADDRESS OF RECORD:<br>wcr@crobinsonllc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jason@annigian-law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1390178.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/31/13

W. Charles Robinson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of W. Charles Robinson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 7, 2013

Jeffrey S. White
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                          October 2012