**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al., | |
| Plaintiffs, | No. C 08-02348 JSW |
| v. | No. C 11-05822 JSW |
| ANDREW B. STROUD, et al., | |
| Defendants | **ORDER TO SHOW CAUSE WHY THE MOTION TO PRESERVE EVIDENCE IS NOT MOOT** |
| LISA SIMONE KELLY, | |
| Plaintiff, | |
| v. | |
| WALLY ROKER, et al., | |
| Defendants | |

On January 16, 2013, Steven Ames Brown, the Estate of Nina Simone and Sony Music filed a motion to order former counsel of the Stroud entities, Bruce E. Methven, to preserve evidence. In their motion, Brown, the Estate of Nina Simone and Sony Music state that they are concerned that Mr. Methven would provide evidence to W. Charles Robinson, who at that time was not counsel of record for any party in the above-captioned matters. However, Mr. Robinson has now submitted, and the Court has granted, *pro hac vice* applications on behalf of the Estate of Andrew B. Stroud and Scarlett Stroud. In light of these subsequent events, the Court

HEREBY ORDERS Brown, the Estate of Nina Simone and Sony Music to Show Cause why their motion is not moot.  Brown, the Estate of Nina Simone and Sony Music shall respond to this Order to Show Cause in writing by no later than March 18, 2013.  If they do not file a response by this date, the Court will strike the motion to preserve evidence.

**IT IS SO ORDERED.**

Dated: March 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE