United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, | No. C-08-02348 JSW (DMR) |
| Plaintiff, | No. C-11-05822 JSW (DMR) |
| v. | **ORDER DENYING FEBRUARY 22, 2013 DISCOVERY LETTER AS MOOT** |
| ANDREW B. STROUD, *et al.*, | |
| Defendants. / | |
| LISA SIMONE KELLY, | |
| Plaintiff, | |
| v. | |
| WALLY ROKER, *et al.*, | |
| Defendants. / | |

On February 22, 2013, Plaintiffs Steven Ames Brown and the Estate of Nina Simone and third-party The Orchard Enterprises, Inc. ("Orchard") submitted a joint discovery letter describing their dispute regarding a subpoena served on Orchard by Plaintiff Brown. [Docket No. 512.] On February 28, 2013, the court ordered Orchard to submit a sworn declaration to the court regarding whether it has any documents responsive to the subpoena in its possession, custody or control. [Docket No. 513.] Orchard subsequently submitted a declaration dated March 7, 2013 by Alexis H.

1 Shapiro, the Senior Vice President, general counsel and secretary of Orchard Enterprises, Inc., in
2 which she states that Orchard does not have any responsive documents in its possession, custody or
3 control. [Docket No. 527.] Accordingly, Plaintiffs' request for an order compelling the production
4 of documents by Orchard is denied as moot.

6     IT IS SO ORDERED.

8 Dated: March 15, 2013



DONNA M. RYU
United States Magistrate Judge