IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al., | |
|     Plaintiffs, | No. C 08-02348 JSW |
|   v. | No. C 09-03796 JSW |
| ANDREW B. STROUD, et al., | No. C 11-05822 JSW |
|     Defendants / | **ORDER OF CLARIFICATION** |
| ANDREW B. STROUD, et al., | |
|     Plaintiffs, | |
|   v. | |
| CASTLE ROCK ENTERTAINMENT, et al., | |
|     Defendants / | |
| LISA SIMONE KELLY, | |
|     Plaintiff, | |
|   v. | |
| WALLY ROKER, et al., | |
|     Defendants / | |

    On March 29, counsel for the Estate of Andrew B. Stroud, W. Charles Robinson, noticed a motion for reconsideration for a date that had already been closed. Mr. Stroud was

directed to re-notice the motion for reconsideration for an open date. On April 2, Mr. Robinson re-noticed the motion for reconsideration in Case No. 08-2348 and Case No. 11-5822, but did not re-notice the motion in Case No. 09-3796. The Court admonishes Mr. Robinson that unless and until the motion is re-noticed in Case No. 09-3796, there is no motion for reconsideration pending in that case.

Moreover, Mr. Robinson purports to file the motion for reconsideration on behalf of Stroud Productions and Enterprises, Inc. ("SPE") and Andy Stroud, Inc. ("ASI"), in addition to Scarlett P. Stroud in her capacity as Executrix of the Estate of Andrew B. Stroud. However, as the Court previously admonished counsel, Mr. Robinson has filed *pro hac vice* applications only on behalf of Scarlett Stroud and the Estate of Andrew B. Stroud. Unless and until Mr. Robinson properly files *pro hac vice* applications on behalf of SPE and ASI, and the Court grants such applications, Mr. Robinson cannot appear on behalf of SPE and ASI and, thus, does not have the authority to file motions on their behalf.

Pursuant to Northern District Civil Local Rule 11-3, through his application to appear *pro hac vice*, Mr. Robinson agreed to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, which includes "practic[ing] with the honesty, care, and decorum required for the fair and efficient administration of justice" and "discharg[ing] his ... obligations to his ... client and the Court." Mr. Robinson is admonished that if he continues to disregard Orders of the Court or not practice with care, the Court will revoke his *pro hac vice* status on behalf of Ms. Stroud and the Estate.

**IT IS SO ORDERED.**

Dated: April 2, 2013

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE