# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| STEVEN AMES BROWN, | No. C 08-02348 JSW (MEJ) |
| Plaintiff(s), | and Related Case |
| v. | No. C 11-5822 JSW (MEJ) |
| ANDREW B. STROUD, | **ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| Defendant(s). | |

This matter is scheduled for a settlement conference on June 25, 2013, at 10:00 a.m. Now before the Court is Plaintiff Steven Ames Brown's request to allow Lisa Simone Kelly, Administrator for the Estate of Nina Simone, to appear by telephone at the conference. Good cause appearing, the request is **GRANTED**. However, Mr. Brown and Ms. Kelly are hereby advised that, should the case not settle and a further settlement conference be scheduled, Ms. Kelly will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

Mr. Brown shall have a telephone number that Ms. Kelly may be reached at and she shall make herself available to be called until the settlement conference is ended.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
Maria-Elena James
United States Magistrate Judge