JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
KATHLEEN F. McCONNELL (State Bar No. 239479)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-jgk@cpdb.com
          ef-jdg@cpdb.com
          ef-kfm@cpdb.com

Attorneys for Reply Counterdefendant
SONY MUSIC ENTERTAINMENT,
erroneously sued as SONY MUSIC HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW B. STROUD, an individual,<br><br>   Defendant. | Case Nos. CV 08-02348 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING JOINT MANDATORY SETTLEMENT CONFERENCE**<br><br>Date action filed: May 7, 2008<br>Judge       : Hon. Maria-Elena James<br>Place        : Courtroom B, 15th Floor |
| AND DEFENDANT'S RELATED COUNTERCLAIMS | |
| STEVEN AMES BROWN,<br><br>   Reply Counterclaimant,<br><br>   v.<br><br>ANDREW B. STROUD, and SONY MUSIC HOLDINGS, INC.,<br><br>   Reply Counterdefendants. | |

| | |
|---|---|
| LISA SIMONE KELLY, duly appointed administrator of the Estate of Nina Simone,<br><br>Plaintiff,<br><br>v.<br><br>WALLY ROKER, an individual, and d/b/a ICU ENT. DIST.; d/b/a WALLY ROKER MUSIC; ANDY STROUD, INC.; and ANDREW B. STROUD.<br><br>Defendants. | Case No.: CV 11-5822 JSW |

Sony Music Entertainment, the Estate of Nina Simone, and Steven Ames Brown (collectively, "Stipulating Parties"), by and through their respective counsel, submit the following Stipulation and Proposed Order:

WHEREAS, Stipulating Parties have sought default judgment in the above-referenced actions against Defendants and Counterclaimants Estate of Andrew B Stroud, Stroud Productions and Enterprises, Inc., and Andy Stroud, Inc. (collectively, "Stroud"), with such motions currently pending before the Hon. Jeffrey S. White;

WHEREAS, on or about June 4, 2013, the Court referred the motions seeking default judgment to a randomly assigned Magistrate Judge to prepare a report and recommendation (Docket No. 566 in Case No. 08:2348);

WHEREAS, disposition of those motions will affect the manner in which the various parties approach and effectuate settlement;

WHEREAS, on or about June 5, 2013, Stroud filed Notices of Appeal to the Ninth Circuit in the above-captioned actions;

WHEREAS, while the Stipulating Parties believe Stroud's appeals are frivolous and improper, neither the Ninth Circuit nor the District Court has spoken on whether these Notices will be deemed to divest the District Court of jurisdiction over these cases for the time being;

WHEREAS, counsel for the Estate of Nina Simone and representatives for Sony Music Entertainment must travel from New York for the settlement conference, and the uncertainty of

1  whether the settlement conference will go forward given the appeals makes scheduling and travel
2  plans burdensome and difficult;
3      WHEREAS, Stipulating Parties believe that allowing time for resolution of the question of
4  whether the District Court will be divested of jurisdiction, and of the pending motions seeking
5  default judgment, will facilitate settlement, improve efficiency, and lessen the burden on the Court
6  and the parties;
7      THEREFORE, the Stipulating Parties respectfully request that the Mandatory Settlement
8  Conference currently set for June 25, 2013 be put over for approximately 90 days, until September
9  25, 2013 or such other date as may be selected by the Court and the parties.

**IT IS SO STIPULATED.**

Dated: June 11, 2013

Respectfully submitted,

*/s/ Steven Ames Brown*
STEVEN AMES BROWN,
Plaintiff in *Pro Se*

*/s/ Dorothy M. Weber*
DOROTHY M. WEBER, *pro hac vice*
Shukat, Arrow, Hafer, Weber &
Herbsman, LLP
Attorney for Estate of Nina Simone

*/s/ Julia D. Greer*
JULIA D. GREER
Coblentz, Patch, Duffy & Bass, LLP,
Attorney for Sony Music Entertainment,
erroneously sued as Sony Music
Holdings, Inc.

**IT IS SO ORDERED.**

DATED: June 12, 2013

```
Settlement Conference is
continued to September 25,2013
at 10:00 a.m., in Chambers.
```
Hon. Maria-Elena James
```
Updated settlement statements are due September 18, 2013. Counsel shall serve a copy
of this Order on any parties who are not represented by counsel
```
Listing of counsel filing this paper:

11325.003 2449769v1     3     CV 11-5822 JSW
STIPULATION AND [PROPOSED] ORDER RESETTING JOINT MANDATORY SETTLEMENT CONFERENCE

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

1  **STEVEN AMES BROWN**
   Entertainment Law 83363
2  69 Grand View Avenue
   San Francisco, California 94114-2741
3  415/647-7700 Tele
   415/285-3048 Fax
4  sabrown@entertainmentlaw.com

5  **THERESE Y. CANNATA** SBN 88032
   Cannata, Ching & O'Toole, LLP
6  100 Pine Street, Suite 1775
   San Francisco, California 94111-5127
7  415/409-8900 Tele
   415/409-8904 Fax
8  tcannata@ccolaw.com

9  Attorneys for Plaintiff

10 **DOROTHY M. WEBER**, *pro hac vice*
11 Shukat, Arrow, Hafer, Weber &
   Herbsman, LLP
12 111 West 57th Street, Suite 1120
   New York, New York 10019
13 212/245-4580 Tele
   212/956-6471 Fax
14 dorothy@musiclaw.com

15 Attorneys for Estate of Nina Simone

16 **JULIA D. GREER** SBN 200479
   Coblentz, Patch, Duffy & Bass, LLP
17 One Ferry Building, Suite 200
   San Francisco, California 94111-4213
18 ef-jdg@cpdb.com

19 Attorneys for Reply Counter-Defendant Sony Music Entertainment,
20 erroneously sued as Sony Music Holdings, Inc.

21

22

23

24

25

26

27

28

11325.003 2449769v1                              4                    CV 11-5822 JSW

STIPULATION AND [PROPOSED] ORDER RESETTING JOINT MANDATORY SETTLEMENT CONFERENCE