# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW B. STROUD, et al.,<br><br>Defendants | No. 08-cv-02348 JSW (NC)<br>No. 09-cv-03796 JSW (NC)<br>No. 11-cv-05822 JSW (NC)<br><br>**ORDER RE: FURTHER BRIEFING** |
| ANDREW B. STROUD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE ROCK ENTERTAINMENT, et al.,<br><br>Defendants | |
| LISA SIMONE KELLY,<br><br>Plaintiff,<br><br>v.<br><br>WALLY ROKER, et al.,<br><br>Defendants | |

Case No. 08-cv-02348 JSW (NC),
Case No. 09-cv-03796 JSW (NC),
Case No. 11-cv-05822 JSW (NC)
ORDER RE: FURTHER BRIEFING

These cases were referred to this Court for a report and recommendation on the motions for default judgment filed against Scarlett Stroud as the representative for the Estate of Andrew B. Stroud Estate, Andy Stroud, Inc. and Stroud Productions and Enterprises, Inc. (collectively, "Stroud"). The next day after the referral, Stroud filed an appeal to the Ninth Circuit in each of the three cases. (Dkt. No. 567 in 08-cv-02348 JSW (NC); Dkt. No. 123 in 09-cv-03796 JSW (NC); and Dkt. No. 171 in 11-cv-05822 JSW (NC)). The notice of appeal states that it is appealing the order(s) of the District Court, entered in these cases on May 8, 2013, "denying Stroud's Motions for reconsideration of the District Court's order substituting the Executrix for the Estate of ABS along with any subsequent order(s) regarding motions for default judgment filed against Stroud" in these cases "as a consequence of the denial of Stroud's Motions for reconsideration." *Id.*

In a subsequent stipulation to continue the case settlement conference, Sony Music Entertainment, the Estate of Nina Simone, and Steven Ames Brown noted that there is an unresolved issue as to whether Stroud's notices of appeal divest the District Court of jurisdiction over these cases. (Dkt. No. 570 in 08-cv-02348 JSW (NC); Dkt. No. 125 in 09-cv-03796 JSW (NC); and Dkt. No. 174 in 11-cv-05822 JSW (NC)). A letter submitted today requests a telephone conference to discuss the jurisdictional issue. Dkt. No. 571. By June 28, 2013, each party moving for default judgment must file a brief, not exceeding ten pages, addressing this question. The parties are encouraged to file a joint brief to the extent possible. Any opposition, also not to exceed ten pages, must be filed by July 10, 2013. No reply brief may be filed without leave of Court.

IT IS SO ORDERED.

Date: June 14, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge