JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
KATHLEEN F. McCONNELL (State Bar No. 239479)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-jgk@cpdb.com
          ef-jdg@cpdb.com
          ef-kfm@cpdb.com

Attorneys for Reply Counterdefendant
SONY MUSIC ENTERTAINMENT,
erroneously sued as SONY MUSIC HOLDINGS,
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW B. STROUD, an individual,<br><br>　　　　Defendant. | Case Nos. CV 08-02348 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING JOINT MANDATORY SETTLEMENT CONFERENCE**<br><br>Date action filed: May 7, 2008<br>Judge　　　　: Hon. Maria-Elena James<br>Place　　　　 : Courtroom B, 15th Floor |
| AND DEFENDANT'S RELATED COUNTERCLAIMS | |
| STEVEN AMES BROWN,<br><br>　　　　Reply Counterclaimant,<br><br>　　v.<br><br>ANDREW B. STROUD, and SONY MUSIC HOLDINGS, INC.,<br><br>　　　　Reply Counterdefendants. | |

11325.003 2542902v1　　　　　　　　1　　　　　　　　CV 11-5822 JSW

STIPULATION AND [PROPOSED] ORDER RESETTING JOINT MANDATORY SETTLEMENT CONFERENCE

| | |
|---|---|
| LISA SIMONE KELLY, duly appointed administrator of the Estate of Nina Simone,<br><br>    Plaintiff,<br><br>    v.<br><br>WALLY ROKER, an individual, and d/b/a ICU ENT. DIST.; d/b/a WALLY ROKER MUSIC; ANDY STROUD, INC.; and ANDREW B. STROUD.<br><br>    Defendants. | Case No.: CV 11-5822 JSW |

Sony Music Entertainment, the Estate of Nina Simone, and Steven Ames Brown (collectively, "Stipulating Parties"), by and through their respective counsel, submit the following Stipulation and Proposed Order:

WHEREAS, Stipulating Parties have sought default judgment in the above-referenced actions against Defendants and Counterclaimants Estate of Andrew B Stroud, Stroud Productions and Enterprises, Inc., and Andy Stroud, Inc. (collectively, "Stroud"), with such motions currently pending before the Hon. Jeffrey S. White;

WHEREAS, on or about June 4, 2013, the Court referred the motions seeking default judgment to a randomly assigned Magistrate Judge to prepare a report and recommendation (Docket No. 566 in Case No. 08:2348);

WHEREAS, on or about September 4, 2013, the motions were heard by U.S. Magistrate Judge Nathanael Cousins, but no Report and Recommendation has yet been issued;

WHEREAS, disposition of those motions will affect the manner in which the various parties approach and effectuate settlement;

WHEREAS, on or about June 5, 2013, Stroud filed Notices of Appeal to the Ninth Circuit in the above-captioned actions;

WHEREAS, while the Stipulating Parties believe Stroud's appeals are frivolous and improper, and have briefed that issue to the Ninth Circuit, the Ninth Circuit has not yet addressed whether it will maintain jurisdiction over the appeals;

1  WHEREAS, counsel for the Estate of Nina Simone and representatives for Sony Music Entertainment must travel from New York for the settlement conference, and the uncertainty of whether the settlement conference will go forward given the appeals makes scheduling and travel plans burdensome and difficult;

WHEREAS, Stipulating Parties believe that allowing time for resolution of the propriety of the Ninth Circuit Appeals, and of the pending motions seeking default judgment, will facilitate settlement, improve efficiency, and lessen the burden on the Court and the parties;

THEREFORE, the Stipulating Parties respectfully request that the Mandatory Settlement Conference currently set for September 25, 2013 be put over for approximately 60 days to a date acceptable to the Court and the parties.  The parties will timely meet and confer and convey mutually acceptable date(s) to the Court's clerk.

**IT IS SO STIPULATED.**

Dated: September 13, 2013

Respectfully submitted,

*/s/ Steven Ames Brown*
STEVEN AMES BROWN,
Plaintiff in *Pro Se*

*/s/ Dorothy M. Weber*
DOROTHY M. WEBER, *pro hac vice*
Shukat, Arrow, Hafer, Weber &
Herbsman, LLP
Attorney for Estate of Nina Simone

*/s/ Julia D. Greer*
JULIA D. GREER
Coblentz, Patch, Duffy & Bass, LLP,
Attorney for Sony Music Entertainment,
erroneously sued as Sony Music
Holdings, Inc.

```
The 9/25/13 conference is
VACATED. Parties to notify Court
of available dates.
```

**IT IS SO ORDERED.**

DATED: September 16, 2013

_____
Hon. Maria-Elena James

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1

2  Listing of counsel filing this paper:

3  **STEVEN AMES BROWN**
Entertainment Law 83363
4  69 Grand View Avenue
San Francisco, California 94114-2741
5  415/647-7700 Tele
415/285-3048 Fax
6  sabrown@entertainmentlaw.com

7  **THERESE Y. CANNATA** SBN 88032
Cannata, Ching & O'Toole, LLP
8  100 Pine Street, Suite 1775
San Francisco, California 94111-5127
9  415/409-8900 Tele
415/409-8904 Fax
10  tcannata@ccolaw.com

11  Attorneys for Plaintiff

12
**DOROTHY M. WEBER**, *pro hac vice*
13  Shukat, Arrow, Hafer, Weber &
Herbsman, LLP
14  111 West 57th Street, Suite 1120
New York, New York 10019
15  212/245-4580 Tele
212/956-6471 Fax
16  dorothy@musiclaw.com

17  Attorneys for Estate of Nina Simone

18  **JULIA D. GREER** SBN 200479
Coblentz, Patch, Duffy & Bass, LLP
19  One Ferry Building, Suite 200
San Francisco, California 94111-4213
20  ef-jdg@cpdb.com

21
Attorneys for Reply Counter-Defendant Sony Music Entertainment,
22  erroneously sued as Sony Music Holdings, Inc.

23

24

25

26

27

28