Pursuant to Local Rule 3-4(a)(1)
Please see the last page for a
listing of parties represented

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven Ames Brown,<br><br>    Plaintiff,<br><br>    v.<br><br>Andrew B. Stroud, an Individual<br>and *dba* Stroud Productions and Enterprises, Inc,<br><br>    Defendants,<br>------------------------------------------------------/<br><br>Methven & Associates Professional Corp.,<br><br>    Plaintiff,<br><br>    v.<br><br>Scarlett Paradies-Stroud, *et. al.*,<br><br>    Defendants,<br>------------------------------------------------------/ | **NO. C 08-02348 JSW (NC)**<br><br><br><br>**NO. C 13-1079 JSW (NC)**<br><br><br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ADJOURN HEARING DATE ON MOTION TO DISMISS PLAINTIFF FROM THE INTERPLEADER ACTION AND ON MOTION TO AMEND THE JUDGMENT AND CAPTION**<br><br><br><br><br>Date:  September 26, 2014<br><br>Time:  9:00 a.m.<br><br>Judge:  Hon. Jeffrey S. White |

Stipulation - 1

IT IS HEREBY STIPULATED and agreed to by and between the attorneys for Methven and Associates Professional Corporation, Steven Ames Brown, the attorneys for The Estate of Nina Simone, Castle Rock Entertainment, Warner Bros. Entertainment, Inc. and Warner Specialty Films, Inc. d/b/a Warner Independent Pictures, as follows:

1. Counsel for the Estate of Nina Simone, Castle Rock Entertainment, Warner Bros. Entertainment, Inc. and Warner Specialty Films, Inc. d/b/a Warner Independent Pictures, Dorothy M. Weber, has conferred with counsel herein for consent to request an adjournment of the hearing scheduled for September 26, 2014.

2. Counsel has consented and indicated availability to be heard on October 17, 2014 or on October 31, 2014.

Dated: New York, New York
       September 12, 2014

| | |
|---|---|
| SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP | METHVEN & ASSOCIATES PROFESSIONAL CORPORATION |
| By:  /s/  * <br> Dorothy M. Weber, Esq. <br> 494 Eighth Avenue, Sixth Floor <br> New York, New York 10001 <br> (212) 245-4580 <br> *Attorneys for Estate of Nina Simone, Castle Rock Entertainment, Warner Bros. Entertainment, Inc. and Warner Independent Pictures* | By:  /s/  <br> Bruce Methven, Esq. <br> 2232 Sixth Street <br> Berkeley, California 94710 <br> Tel.: (510) 649-4019 <br> Fax: (510) 649-4024 |

---

* Admitted *pro hac vice*.

Stipulation - 2

ENTERTAINMENT LAW

By: /s/
Steven A. Brown, Esq.
69 Grand View Avenue
San Francisco, CA 94114-2741
(415) 647-7700
*Plaintiff in Pro Se*

The Court HEREBY CONTINUES the hearing date on the pending motions to October 31, 2014.

Dated: September 15, 2014

SO ORDERED:

_____
Honorable Jeffrey S. White
United States District Judge