1 **STEVEN AMES BROWN**
Entertainment Law 83363
2 69 Grand View Avenue
San Francisco, California 94114-2741
3 415/647-7700 Tele
415/285-3048 Fax
4 sabrown@entertainmentlaw.com

5 **THERESE Y. CANNATA**, SBN 88032
Cannata, Ching & O'Toole, LLP
6 100 Pine Street
San Francisco, California 94111
7 415/409-8900 Tele
415/409-8904 Fax
8 tcannata@ccolaw.com

9 Attorneys for Plaintiff Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br>v.<br><br>ANDREW B. STROUD, an individual and *dba* STROUD PRODUCTIONS AND ENTERPRISES, INC.<br><br>    Defendant.<br>_____/<br><br>METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>    Plaintiff<br>v.<br><br>SCARLETT PARADIES-STROUD, *ET AL,*<br><br>    Defendants<br>_____/ | CIVIL NO. 08-02348 JSW (MEJ)<br><br>Related Case: 13-1079 JSW (MEJ)<br><br>GRANTING [PROPOSED] ORDER ~~FOLLOWING~~ ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR FILING CLAIMS AS MODIFIED HEREIN |

[Proposed] Order Re: Mtn. to Extend Deadline
-0-

1. Upon reading the motion of Steven Ames Brown ~~and good cause appearing~~ and the lack of opposition to the request for an extension of time,

2. IT IS HEREBY ORDERED that the deadline to file further pleadings is extended to November 28, 2014.

Dated: November 4, 2014

_____
United States District Judge

The Court HEREBY ADVISES all parties to these actions and their counsel that it expects the parties and their counsel to be civil to one another, to refrain from ad hominem attacks in pleadings to the Court, and to cooperate and to bargain with one another in good faith. As the parties, and their counsel are aware, the Court will not refrain from imposing sanctions when it appears warranted.