JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com
ef-jdg@cpdb.com

Attorneys for Counter-defendant
SONY MUSIC ENTERTAINMENT,
erroneously sued as SONY MUSIC HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW B. STROUD, an individual, et al.<br><br>    Defendant. | Case Nos. CV 08-02348 JSW<br><br>**STIPULATION TO EXTEND TIME TO FILE CLAIMS**<br><br>Date action filed: May 7, 2008<br>Trial Date:           None |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION<br><br>    v.<br><br>SCARLETT PARADIES-STROUD as administrator of the ESTATE OF ANDREW B. STROUD; ANDY STROUD, INC.; STROUD PRODUCTIONS AND ENTERPRISES, INC., LISA SIMONE KELLY as administrator of the ESTATE OF NINA SIMONE; WALLY ROKER d/b/a ICU ENT. DIST. d/b/a WALLY ROKER MUSIC; STEVEN AMES BROWN; CASTLE ROCK ENTERTAINMENT; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. INDEPENDENT PICTURES; SONY MUSIC ENTERTAINMENT, INC.,<br><br>    Defendants in Interpleader. | Case No.:  C 13-01079 JSW |

11325.003 3043645v1

Case Nos.:  C 13-01079 JSW; CV 08-02348 JSW
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE CLAIMS

**WHEREAS, on February 10, 2015,** the parties met in person in San Francisco in the offices of counsel for plaintiff Steven Ames Brown in an effort to memorialize the settlement agreement made on the record in the above actions on October 14, 2014;

**WHEREAS,** the parties made significant progress in this meeting and believe they are close to a final document, but need further time;

**WHEREAS,** the current deadline to file further pleadings in both of the above actions is February 27, 2014, having been extended from the original deadline of November 4, 2014;

**THEREFORE,** the parties respectfully request that the deadline to file further pleadings in the above actions be extended to March 31, 2015.

RESPECTFULLY SUBMITTED,

DATED: February 20, 2015        COBLENTZ PATCH DUFFY & BASS LLP

By:    /s/ Julia D. Greer
Julia D. Greer
Attorneys for Defendant/Reply Counter-Defendant
SONY MUSIC ENTERTAINMENT, erroneously sued as SONY MUSIC HOLDINGS, INC.

STEVEN AMES BROWN ENTERTAINMENT LAW

By:    /s/ Steven Ames Brown
Steven Ames Brown
Plaintiff

SHUKAT, ARROW, HAFER, WEBER & HERBSMAN, LLP

By:    /s/ Dorothy M. Weber
Dorothy M. Weber
Attorneys for the ESTATE OF NINA SIMONE

/ / /
/ / /
/ / /
/ / /

11325.003 3043645v1                    2                    Case Nos.: C 13-01079 JSW; CV 08-02348 JSW
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE CLAIMS

1  **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

2

3  DATED: February 23, 2015

4

5  _____
   Jeffrey S. White, United States District Court

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · Fax 415.989.1663