IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANDREW B. STROUD, et al.,<br><br>  Defendants<br>_____/ | No. C 08-02348 JSW<br><br>No. C 13-01079 JSW<br><br>**AMENDED ORDER REFERRING MOTION TO ENFORCE SETTLEMENT TO MAGISTRATE JUDGE** |
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al.,<br><br>  Defendants.<br>_____/ | |

On May 20, 2015, Steven Ames Brown and the Estate of Nina Simone filed a motion to enforce the settlement agreement and to dismiss Sony's counterclaims and noticed it to be heard on July 24, 2015. The Court VACATES that hearing, and it HEREBY REFERS the portion of the motion seeking to enforce settlement to Magistrate Judge James for the purpose of preparing

//

//

a report and recommendation on the motion. *See* N.D. Civ. Local Rule 72-1. This referral includes the related administrative motions to seal.

**IT IS SO ORDERED.**

Dated: June 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk