United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al., | |
| Plaintiffs, | No. C 08-02348 JSW |
| v. | No. C 13-01079 JSW |
| ANDREW B. STROUD, et al., | **ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR FURTHER SETTLEMENT CONFERENCE** |
| Defendants / | |
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION, | |
| Plaintiff, | |
| v. | |
| SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al., | |
| Defendants. / | |

Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED

Magistrate Judge James for the purposes of conducting a further settlement conference, to be

///

///

///

///

completed, if possible, by no later than October 9, 2015.

**IT IS SO ORDERED.**

Dated: July 8, 2015

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk