UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STROUD PRODUCTIONS AND ENTERPRISES, INC., et al.,<br><br>    Defendants. | Case No. 08-cv-02348-JSW (MEJ)<br><br>**ORDER VACATING HEARING RE: MOTIONS TO ENFORCE SETTLEMENT AGREEMENT** |
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al.,<br><br>    Defendants. | Case No. 13-cv-1079-JSW (MEJ) |

These matters are currently scheduled for a hearing on July 16, 2015 regarding Plaintiff Steven Ames Brown's Motions to Enforce the October 14, 2014 Settlement Agreement. However, as the presiding judge, the Honorable Jeffrey S. White, has recently referred the matters to the undersigned for a further settlement conference, the undersigned **VACATES** the July 16, 2015 hearing pending the outcome of the parties' settlement negotiations.

    **IT IS SO ORDERED.**

Dated: July 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge