UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STROUD PRODUCTIONS AND ENTERPRISES, INC., et al., <br><br> Defendants. | Case No. 08-cv-02348-JSW (MEJ) <br><br> **ORDER FOR PARTIES TO MEET AND CONFER RE: SETTLEMENT CONFERENCE SCHEDULING** |
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al., <br><br> Defendants. | Case No. 13-cv-1079-JSW (MEJ) |

The Court is in receipt of counsel for Sony Music Entertainment's request regarding the settlement conference set for July 16, 2015. Counsel requests that the date of the conference be postponed to a later date that is mutually agreeable to the Court and the parties, as Sony Music's client representatives with authority are in New York and unable to arrange their schedules to appear in California on July 16. Good cause appearing, the Court VACATES the July 16 conference and ORDERS the parties to meet and confer to determine their availability for a further settlement conference through September 30, 2015. The parties shall file a joint report by July 16, 2015.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge