**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al., | |
| Plaintiffs, | No. C 08-02348 JSW |
| v. | No. C 13-01079 JSW |
| ANDREW B. STROUD, et al., | **ORDER REFERRING MOTION FOR LEAVE TO CONDUCT DISCOVERY TO MAGISTRATE JUDGE** |
| Defendants / | |
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION, | |
| Plaintiff, | |
| v. | |
| SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al., | |
| Defendants. / | |

On May 20, 2015, Steven Ames Brown filed an administrative motion for leave to conduct discovery and for a referral to a magistrate judge regarding any discovery disputes. The Court HEREBY REFERS the administrative motion for leave to conduct discovery to Magistrate Judge James. This referral includes the authority to lift the discovery stay as needed. The Court notes that discovery disputes in Case No. C 08-2348 have already been referred to Magistrate Judge Ryu. However, to the extent Magistrate Judge James permits discovery to be

conducted against Orchard Enterprises NY, Inc. and any disputes arise from such discovery, the Court REFERS these discovery disputes to Magistrate Judge James because they are related to the settlement issues that are already before her. *See* N.D. Civ. Local Rule 72-1.

**IT IS SO ORDERED.**

Dated: July 23, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk