UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STROUD PRODUCTIONS AND ENTERPRISES, INC., et al.,<br><br>　　　　Defendants.<br><br>METHVEN AND ASSOCIATES PROFESSIONAL CORPORTION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD,<br><br>　　　　Defendants. | Case No.  08-cv-02348-JSW   (MEJ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br><br><br><br>Case No.  13-cv-01079 -JSW  (MEJ |

　　　　This case is presently set for Settlement Conference before Magistrate Judge Maria-Elena James on August 21, 2015.  Due to the Court's unavailability, the Settlement Conference is **CONTINUED to September 2, 2015, at 10:00 am** in Magistrate Judge James' CHAMBERS (not the courtroom), located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San

Francisco, California 94102.

If this case settles prior to the Settlement Conference, counsel shall notify the Courtroom Deputy, Rose Maher, at 415-522-4708 immediately.

The Court's Settlement Conference Order (Docket no. 727) otherwise remains in full force and effect.

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge