UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STROUD PRODUCTIONS AND ENTERPRISES, INC., et al.,<br><br>　　　　Defendants. | Case No. 08-cv-02348-JSW   (MEJ)<br><br>**ORDER (1) SETTING HEARING ON MOTIONS TO ENFORCE SETTLEMENT AGREEMENT AND (2) RECOMMENDING DISTRICT COURT REFER CASE FOR FURTHER SETTLEMENT**<br><br>Re: Dkt. No. 691 |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCARLETT PARADIES-STROUD, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01079-JSW   (MEJ)<br><br>Re: Dkt. No. 213 |

The Honorable Jeffrey S. White initially referred the related cases to the undersigned to prepare a report and recommendation on Steven Ames Brown and the Estate of Nina Simone's motion to enforce the settlement agreement. Dkt. No. 691.[1] Judge White referred subsequently referred the matter to the undersigned "for the purposes of conducting a further settlement conference," which the undersigned held on November 3, 2015. Dkt. No. 718. The matter did not settle. *Id.* Accordingly, the undersigned hereby sets the motion to enforce the settlement agreement for hearing **on January 14, 2016** at 10:00 a.m. in Courtroom B, 15th Floor, 450

---

[1] For ease of reference, the Dkt. Nos. referenced herein, unless otherwise noted, correspond to documents in *Brown v. Stroud*, Case No. 08-2348. The same or substantially similar documents are filed in *Methven v. Scarlett*, Case No. 13-1079.

Golden Gate Avenue, San Francisco, California.

Additionally, although this matter did not settle at the earlier conference, the undersigned believes the case is ripe for settlement and therefore **RECOMMENDS** that the District Court refer this case to Magistrate Judge Jacqueline Scott Corley for a settlement conference in December 2015.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge