United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AMES BROWN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STROUD PRODUCTIONS AND ENTERPRISES, INC., et al.,<br><br>    Defendants. | Case No. 08-cv-02348-JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR FURTHER SETTLEMENT CONFERENCE** |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SCARLETT PARADIES-STROUD, et al.,<br><br>    Defendants. | Case No. 13-cv-01079-JSW |

The Court has received and reviewed the Order of Magistrate Judge Maria-Elena James, filed November 10, 2015, recommending that this Court refer these cases to Magistrate Judge Jacqueline Scott Corley for a settlement conference in December 2015. (Docket No. 751.) The Court approves and adopts the recommendation.

Accordingly, pursuant to Northern District Local Rule 72-1, these matters are HEREBY REFERRED to Magistrate Judge Jacqueline Scott Corley for the purposes of conducting a further

///
///
///
///

settlement conference, to be completed, if possible, no later than December 31, 2015.

**IT IS SO ORDERED.**

Dated: November 12, 2015

JEFFREY S. WHITE
United States District Judge

cc: Magistrate Referral Clerk