UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN, | Case No.  CV 08-02348 JSW |
| Plaintiff, | |
| vs. | **STIPULATION RE: PROTECTIVE ORDER** |
| ANDREW B. STROUD, an individual, et al., | |
| Defendants, | |
| AND RELATED CROSS AND COUNTERCLAIMS. | |
| | |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION, | |
| Plaintiff in Interpleader, | |
| vs. | |
| SCARLETT PARADIES-STROUD, et al., | |
| Defendant in Interpleader, | |
| AND RELATED CROSS CLAIMS. | |

Plaintiff Steven Ames Brown ("Brown"), Plaintiff the Estate of Nina Simone, and Third-Party Defendant Orchard Enterprises NY, Inc. ("Orchard"), by and through their attorneys, stipulate that the STIPULATATION AND ORDER COMPELLING DISCOVERY AND PROTECTIVE ORDER (Dkt. No. 745) shall be dissolved.

IT IS SO STIPULATED.

DATED: December 11, 2015   NARDELL CHITSAZ & ASSOCIATES LLP

By: /s/
J. Timothy Nardell
Attorneys for ORCHARD ENTERPRISES NY, INC.

DATED: December 11, 2015   STEVEN AMES BROWN
ENTERTAINMENT LAW 83363

By: /s/
Steven Ames Brown
Attorneys for Plaintiff STEVEN AMES BROWN

DATED: December 11, 2015   SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP

By: /s/
Dorothy Marie Weber
Attorneys for Plaintiff THE ESTATE OF NINA SIMONE

////

////

<u>DECLARATION</u>

I, J. Timothy Nardell, attest that concurrence in the filing of the document has been obtained from each of the other signatories of this document, pursuant to Northern District Civil L.R. 5-1(i)(3).

DATED: December 14, 2015          NARDELL CHITSAZ & ASSOCIATES LLP

By: _____/s/_____
J. Timothy Nardell
Attorneys for ORCHARD ENTERPRISES NY, INC.

IT IS SO ORDERED.

Dated: _December 16_, 2015          _____
MARIA-ELENA JAMES
United States Magistrate Judge