UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW B. STROUD, an individual, et al.,<br><br>    Defendants,<br><br>AND RELATED CROSS AND COUNTERCLAIMS. | Case No.  CV 08-02348 JSW<br>Case No. CV 13-01079 JSW<br><br>**STIPULATED INJUNCTION**<br> AND ORDER THEREON |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>    Plaintiff  in Interpleader,<br><br>    vs.<br><br>SCARLETT PARADIES-STROUD, et al.,<br><br>    Defendant in Interpleader,<br><br>AND RELATED CROSS CLAIMS. | |

1. Plaintiff Steven Ames Brown ("Brown"), Plaintiff the Estate of Nina Simone, and Third-Party Defendant Orchard Enterprises NY, Inc. ("Orchard"), by and through their attorneys, stipulate that the Court may enter the following stipulated injunction in the above captioned matter:

2. 1. For a period of ten years after December 11, 2015, Orchard agrees that Orchard, any subsidiary of Orchard, and/or any person, firm or entity over which Orchard has any right to direct or control its activities shall not engage in the exploitation of any recorded performances of Nina Simone, except as provided for below.

3. 2. Orchard may distribute or otherwise exploit recorded performances of Nina Simone the rights to which were acquired by Orchard or Orchard's distributed label under a written agreement with a division of Universal Music Group, Warner Music Group, BMG Rights, Sony Music, their successors-in-interest, or a licensee of one of these entities.

4. 3. Orchard may also distribute or otherwise exploit recorded performances of Nina Simone the rights to which were acquired by Orchard or Orchard's distributed label under a written agreement with the Simone Estate or its successors-in-interest.

5. 4. In the event that Brown or the Simon Estate believes that Orchard is distributing or otherwise exploiting recorded performances of Nina Simone other than as allowed for above, they shall provide Orchard with written notice by sending an email to claimsadmin@theorchard.com with the subject line "Nina Simone -- Case No. CV 08-02348 JSW" or such email address as provided by Orchard. Orchard shall thereafter have 30 days to either issue take down notices to all digital service providers ("DSPs") or provide the complaining party with information to establish that the distribution by those DSPs is compliant with this stipulation.

IT IS SO STIPULATED.

DATED: December 11, 2015     NARDELL CHITSAZ & ASSOCIATES LLP

By:    /s/
J. Timothy Nardell
Attorneys for ORCHARD ENTERPRISES NY, INC.

DATED: December 11, 2015     STEVEN AMES BROWN
                             ENTERTAINMENT LAW 83363

                             By:      /s/
                             _____
                             Steven Ames Brown
                             Attorneys for Plaintiff STEVEN AMES BROWN

DATED: December 11, 2015     SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP

                             By:      /s/
                             _____
                             Dorothy Marie Weber
                             Attorneys for Plaintiff THE ESTATE OF NINA SIMONE

<u>DECLARATION</u>

     I, J. Timothy Nardell, attest that concurrence in the filing of the document has been obtained from each of the other signatories of this document, pursuant to Northern District Civil L.R. 5-1(i)(3).

DATED:  December 14, 2015    NARDELL CHITSAZ & ASSOCIATES LLP

                             By:      /s/
                             _____
                             J. Timothy Nardell
                             Attorneys for ORCHARD ENTERPRISES NY, INC.

IT IS SO ORDERED.

Dated:  <u>December 15</u>, 2015   _____
                             JEFFREY S. WHITE
                             United States District Court Judge

---

2
**STIPULATED INJUNCTION**

CV 08-02348 JSW