Pursuant to Local Rule 3-4(a)(1) please see the last page for a listing of parties represented

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>            Plaintiff,<br><br>        v.<br><br>ANDREW B. STROUD, an individual and *dba* STROUD PRODUCTIONS AND ENTERPRISES, INC.<br><br>            Defendant.<br>_____/ | CIVIL NO. 08-02348 JSW (MEJ) |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>            Plaintiff.<br><br>        v.<br><br>SCARLETT PARADISE-STROUD, *et. al.*,<br><br>            Defendants<br>_____/ | CIVIL NO. 13-1079 JSW (MEJ)<br><br>STIPULATION & [PROPOSED] ORDER DISMISSING CLAIMS AND DEEMING ALL PENDING MOTIONS WITHDRAWN |

Pursuant to the settlement agreement among the parties dated December 11, 2015, as amended, Steven Ames Brown ("Brown"), San Pasqual Fiduciary Trust Company as administrator of the Estate of Nina Simone ("Simone Estate") and Sony Music Entertainment ("Sony Music") hereby stipulate as follows:

Brown, the Simone Estate and Sony Music hereby dismiss with prejudice all claims each of them has made against the other in these proceedings, including but not limited to *Brown v. Stroud, Documents 82, 670, 679* and *688,* and *Methven v. Paradise-Stroud, Documents 192, 201* and *210,* including the sealed versions thereof, with each party bearing its own costs and attorney's fees.

These dismissals do not affect any claims against any other party, or the judgment and amendment thereof entered in *Brown v. Stroud, Documents 609* and *661;* nor does it affect any rights or obligations under the settlement agreement dated December 11, 2015, as amended, including but not limited to the right to enforce the agreement. The parties hereby withdraw all pending motions.

Dated: February 24, 2016

Respectfully submitted,

/s/

STEVEN AMES BROWN,
Plaintiff in *pro se*

/s/

DOROTHY M. WEBER,
Shukat, Arrow, Hafer, Weber & Herbsman, LLP,
Attorneys for the Estate of Nina Simone

/s/

JEFFREY G. KNOWLES,
COBLENTZ, PATCH, DUFFY & BASS, LLP,
Attorneys for Reply Counterdefendant Sony Music Entertainment erroneously sued as Sony Music Holdings, Inc.

**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax
sabrown@entertainmentlaw.com

**THERESE Y. CANNATA** SBN 88032
Cannata, Ching & O'Toole, LLP
100 Pine Street
San Francisco, California 94111
415/409-8900 Tele
415/409-8904 Fax
tcannata@ccolaw.com

Attorneys for Plaintiff Brown

**DOROTHY M. WEBER**, *pro hac vice*
Shukat, Arrow, Hafer, Weber & Herbsman, LLP
111 West 57th Street, Suite 1120
New York, New York 10019
212/245-4580 Tele
212/956-6471 Fax
dorothy@musiclaw.com

Attorneys for Estate of Nina Simone

**JEFFREY G. KNOWLES, Esq.** (Bar No. 129754)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
23 San Francisco, CA 94111-4213
415/391-4800 Tele
415/989-1663 Fax
jdg@cpdb.com

Attorneys for Reply Counterdefendant Sony Music Entertainment, Erroneously sued as Sony Music Holdings, Inc.

## [PROPOSED] ORDER

It is so ordered.  The Clerk shall close these cases.

Dated: February 25, 2016

_____
United States District Judge